UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>KENT P. AND JULIE A. FLESNER d/b/a CAMP POINT SEED CO.,<br><br>Defendants. | Case No. 3:05-cv-3258<br><br>PLAINTIFF PIONEER HI-BRED INTERNATIONAL, INC.'S RULE 11.3 CERTIFICATE OF INTEREST |

The undersigned, lead counsel of record for Plaintiff Pioneer Hi-Bred International, Inc., furnishes the following in compliance with Rule 11.3 of this Court:

1.   The undersigned represents Pioneer Hi-Bred International, Inc. in connection with this action.

2.   Pioneer Hi-Bred International, Inc. is a corporation. The parent corporation of Pioneer Hi-Bred International, Inc. is E. I. du Pont de Nemours and Company ("Du Pont"). Other than Du Pont, there is no corporate stockholder of Pioneer Hi-Bred International, Inc. which is a publicly-held company that owns more than 10 percent of the stock of Pioneer Hi-Bred International, Inc.

3.   The law firms which are appearing on behalf of Pioneer Hi-Bred International, Inc. at this time are as follows:

    (a)   Faegre & Benson LLP (Minneapolis, MN); and

    (b)   Winters, Featherstun, Gaumer, Postlewait, Stocks & Flynn (Decatur, IL).

Dated: <u>October 7, 2005</u>

/s/ John Mandler
John P. Mandler, *Lead Counsel*
Bar #194438, Minnesota
(Admitted to this Court)
   E-mail: *jmandler@faegre.com*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

-and-

Jerrold Stocks
WINTERS, FEATHERSTUN, GAUMER,
   POSTLEWAIT, STOCKS & FLYNN
225 N. Water Street, Suite 200
P.O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Facsimile: (217) 425-8892

Of counsel:

Kimberly J. Walker
   E-mail: *kwalker@faegre.com*
Ross W. Johnson
   E-mail: *rwjohnson@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR PLAINTIFF,
PIONEER HI-BRED INTERNATIONAL,
INC.**

DSMS1:40059641.02