**E-FILED**
Tuesday, 11 October, 2005  10:45:37 AM
Clerk, U.S. District Court, ILCD

# EXHIBIT A



US005852226A

# United States Patent [19]

## Fuller et al.

[11] Patent Number: 5,852,226

[45] Date of Patent: Dec. 22, 1998

[54] SOYBEAN VARIETY 93B82

[75] Inventors: **Peter Armstrong Fuller**, Urbandale, Iowa; **Herbert Schmidt**, Fargo, N. Dak.; **Debra Kay Steiger**, Wauseon, Ohio; **Dorman John Grace, III**, Urbandale, Iowa

[73] Assignee: **Pioneer Hi-Bred International, Inc.**, Des Moines, Iowa

[21] Appl. No.: **783,137**

[22] Filed: **Jan. 14, 1997**

[51] Int. Cl.[6] .......................... A01H 5/00; A01H 5/10; C12N 5/04

[52] U.S. Cl. ................ 800/200; 800/255; 800/DIG. 26; 435/415; 47/58; 47/DIG. 1

[58] Field of Search ........................ 800/200, 255, 800/DIG. 26; 435/415; 47/58, DIG. 1

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,545,146 | 10/1985 | Davis . | |
| 5,534,425 | 7/1996 | Fehr et al. | 435/172.1 |

### OTHER PUBLICATIONS

Payne R. C., and L.F. Morris, 1976. "Differentiation of Soybean Cultivars by Seedling Pigmentation Patterns" *J. Seed. Technol.* 1: 1–19.

Jaycox, "Ecological Relationships between Honey Bees and Soybeans," *American Bee Journal* vol. 110(8): 306–307 (Aug. 1970).

Komatsuda, T. et al., Maturation and Germination of Somatic Embryos as Affected by sucrose and Plant Growth Regulators in Soybeans Glycine gracilis Skvortz and Glycine max (L.) Merr., *Plant Cell, Tissue and Organ Culture*, 28:103–113, 1992.

Dhir, S. et al., "Regeneration of Fertile Plants from Protoplasts of Soybean (Glycine max L. Merr.): Genotypic Differences in Culture Response," *Plant Cell Reports* (1992) 11:285–289.

Pandey, P. et al., "Plant Regeneration from Leaf and Hypocotyl Explants of Glycine wightii (W. and A.) VERDC. var longicauda," *Japan J. Breed.* 42:1–5 (1992).

Shetty, K., et al., "Stimulation of In Vitro Shoot Organogenesis in Glycine max (Merrill.) by Allantoin and Amides," Plant Science 81:(1992) 245–251.

Stephens, P.A. et al., "Agronomic Evaluation of Tissue–Culture–Derived Soybean Plants," *Theor. Appl. Genet.* (1991) 82:633–635 (1991).

Komatsuda, T. et al., "Genotype X Sucrose Interactions for Somatic Embryogenesis in Soybean," *Crop Sci.* 31:333–337 (1991).

"Economic Implications of Modified Soybean Traits Summary Report", Iowa Soybean Promotion Board & American Soybean Association Special Report 92S, May 1990.

Wilcox, Jr. ed. 1987 "Soybeans: Improvement, Production, and Uses" Ameri. Soc. Agron. Monograph No. 16.

Buttery, B. R., and R. I. Buzzell 1968. "Peroxidase Activity in seed of Soybean Varieties" Crio Sci. 8: 722–725.

Hymowitz, T. 1973. "Electrophoretic analysis of SBTI–A2 in the USDA Soybean Germplasm Collection" Crop Sci., 13: 420–421.

Williams et al., Crop Sci 22:449. Registration of 'Mead' Soybean, 1982.

Nickell et al. Crop Sci 27:611. Registration of 'Chamberlain' Soybean, 1987.

Cooper et al. Crop Sci 35:592. Registration of 'Charleston' Soybean, 1995.

*Primary Examiner*—Elizabeth F. McElwain

*Attorney, Agent, or Firm*—Pioneer Hi–Bred International, Inc.

[57] **ABSTRACT**

A soybean variety designated 93B82, the plants and seeds of soybean variety 93B82, methods for producing a soybean plant produced by crossing the variety 93B82 with itself or with another soybean plant, and hybrid soybean seeds and plants produced by crossing the variety 93B82 with another soybean line or plant.

**14 Claims, No Drawings**

5,852,226

1

## SOYBEAN VARIETY 93B82

### FIELD OF THE INVENTION

This invention is in the field of soybean breeding, specifically relating to a soybean variety designated 93B82.

### BACKGROUND OF THE INVENTION

The present invention relates to a new and distinctive soybean variety, designated 93B82 which has been the result of years of careful breeding and selection. There are numerous steps in the development of any novel, desirable plant germplasm. Plant breeding begins with the analysis and definition of problems and weaknesses of the current germplasm, the establishment of program goals, and the definition of specific breeding objectives. The next step is selection of germplasm that possess the traits to meet the program goals. The goal is to combine in a single variety an improved combination of desirable traits from the parental germplasm. These important traits may include higher seed yield, resistance to diseases and insects, tolerance to drought and heat, and better agronomic qualities.

Field crops are bred through techniques that take advantage of the plant's method of pollination. A plant is self-pollinated if pollen from one flower is transferred to the same or another flower of the same plant. A plant is cross-pollinated if the pollen comes from a flower on a different plant. Soybean plants (i.e. Glycine max) are recognized to be naturally self-pollinated plants which, while capable of undergoing cross-pollination, rarely do so in nature. Insects are reported by some researchers to carry pollen from one soybean plant to another and it generally is estimated that less than one percent of soybean seed formed in an open planting can be traced to cross-pollination, i.e. less than one percent of soybean seed formed in an open planting is capable of producing $F_1$ hybrid soybean plants, See Jaycox, "Ecological Relationships between Honey Bees and Soybeans," appearing in the American Bee Journal Vol. 110(8): 306–307 (August 1970). Thus intervention for control of pollination is critical to establishment of superior varieties.

A cross between two different homozygous lines produces a uniform population of hybrid plants that may be heterozygous for many gene loci. A cross of two plants each heterozygous at a number of gene loci will produce a population of hybrid plants that differ genetically and will not be uniform. Regardless of parentage, plants that have been self-pollinated and selected for type for many generations become homozygous at almost all gene loci and produce a uniform population of true breeding progeny.

Soybeans (Glycine max.), can be bred by both self-pollination and cross-pollination techniques. Choice of breeding or selection methods depends on the mode of plant reproduction, the heritability of the trait(s) being improved, and the type of variety used commercially (e.g., $F_1$ hybrid variety, pureline variety, etc.). For highly heritable traits, a choice of superior individual plants evaluated at a single location will be effective, whereas for traits with low heritability, selection should be based on mean values obtained from replicated evaluations of families of related plants. Popular selection methods commonly include pedigree selection, modified pedigree selection, mass selection, and recurrent selection.

The complexity of inheritance influences choice of the breeding method. Pedigree breeding and recurrent selection breeding methods are used to develop varieties from breeding populations. Pedigree breeding starts with the crossing

2

of two genotypes, each of which may have one or more desirable characteristics that is lacking in the other or which complements the other. If the two original parents do not provide all the desired characteristics, other sources can be included in the breeding population. In the pedigree method, superior plants are selfed and selected in successive generations. In the succeeding generations the heterozygous condition gives way to homogeneous lines as a result of self-pollination and selection. Typically in the pedigree method of breeding five or more generations of selfing and selection is practiced: $F_1 \rightarrow F_2$; $F_2 \rightarrow F_3$; $F_3 \rightarrow F_4$; $F_4 \rightarrow F_5$, etc.

Pedigree breeding is commonly used for the improvement of self-pollinating crops. Two parents that possess favorable, complementary traits are crossed to produce an $F_1$. An $F_2$ population is produced by selfing one or several $F_1$'s or by intercrossing two $F_1$'s (sib mating). Selection of the best individuals may begin in the $F_2$ population; then, beginning in the $F_3$, the best individuals in the best families are selected. Replicated testing of families can begin in the $F_4$ generation to improve the effectiveness of selection for traits with low heritability. At an advanced stage of inbreeding (i.e., $F_6$ and $F_7$), the best lines or mixtures of phenotypically similar lines are tested for potential release as new varieties.

Backcross breeding has been used to transfer genes for simply inherited, highly heritable traits into a desirable homozygous variety or inbred line that is utilized as the recurrent parent. The source of the traits to be transferred is called the donor parent. The resulting plant is expected to have the attributes of the recurrent parent (e.g., variety) and the desirable traits transferred from the donor parent. After the initial cross, individuals possessing the desired traits of the donor parent are selected and repeatedly crossed (backcrossed) to the recurrent parent. The resulting plant is expected to have the attributes of the recurrent parent (e.g., variety) and the desirable traits transferred from the donor parent. This approach has been used extensively for breeding disease resistant varieties.

Each breeding program should include a periodic, objective evaluation of the efficiency of the breeding procedure. Evaluation criteria vary depending on the goal and objectives, but should include gain from selection per year based on comparisons to an appropriate standard, overall value of the advanced breeding lines, and number of successful varieties produced per unit of input (e.g., per year, per dollar expended, etc.).

Various recurrent selection techniques are used to improve quantitatively inherited traits controlled by numerous genes. The use of recurrent selection in self-pollinating crops depends on the ease of pollination, the frequency of successful hybrids from each pollination, and the number of hybrid offspring from each successful cross.

Promising advanced breeding lines are thoroughly tested and compared to appropriate standards in environments representative of the commercial target area(s) for three or more years. The best lines are candidates for new commercial varieties; those still deficient in a few traits may be used as parents to produce new populations for further selection.

These processes, which lead to the final step of marketing and distribution, can take from eight to twelve years from the time the first cross is made. Therefore, development of new varieties is a time-consuming process that requires precise forward planning, efficient use of resources, and a minimum of changes in direction.

A most difficult task is the identification of individuals that are genetically superior, because for most traits the true genotypic value is masked by other confounding plant traits

5,852,226

| 3 | 4 |

or environmental factors. One method of identifying a superior plant is to observe its performance relative to other experimental plants and to a widely grown standard variety. Generally a single observation is inconclusive, so replicated observations are required to provide a better estimate of its genetic worth.

In addition to the preceding problem, it is not known how the genotype will react with the environment. This genotype by environment interaction is an important, yet unpredictable, factor in plant breeding. A breeder of ordinary skill in the art cannot predict the genotype, how that genotype will interact with various environments or the resulting phenotypes of the developing lines, except perhaps in a very broad and general fashion. A breeder of ordinary skill in the art would also be unable to recreate the same line twice from the very same original parents, as the breeder is unable to direct how the genomes combine or how they will interact with the environmental conditions. This unpredictability results in the expenditure of large amounts of research resources in the development of a superior new soybean variety.

The goal of soybean breeding is to develop new, unique and superior soybean varieties. In practical application of a chosen breeding program, the breeder initially selects and crosses two or more parental lines, followed by repeated selfing and selection, producing many new genetic combinations. The breeder can theoretically generate billions of different genetic combinations via crossing, selfing and mutations. The breeder has no direct control at the cellular level. Therefore, two breeders will never develop the same line, or even very similar lines, having the same soybean traits.

Each year, the plant breeder selects the germplasm to advance to the next generation. This germplasm is grown under unique and different geographical, climatic and soil conditions, and further selections are then made during and at the end of the growing season. The varieties which are developed are unpredictable for the reasons already mentioned.

Mass and recurrent selections can be used to improve populations of either self—or cross-pollinated crops. A genetically variable population of heterozygous individuals is either identified or created by intercrossing several different parents. The best plants are selected based on individual superiority, outstanding progeny, or excellent combining ability. The selected plants are intercrossed to produce a new population in which further cycles of selection are continued.

The single-seed descent procedure in the strict sense refers to planting a segregating population, harvesting a sample of one seed per plant, and using the one-seed sample to plant the next generation. When the population has been advanced from the $F_2$ to the desired level of inbreeding, the plants from which lines are derived will each trace to different $F_2$ individuals. The number of plants in a population declines each generation due to failure of some seeds to germinate or some plants to produce at least one seed. As a result, not all of the $F_2$ plants originally sampled in the population will be represented by a progeny when generation advance is completed.

In a multiple-seed procedure, soybean breeders commonly harvest one or more pods from each plant in a population and thresh them together to form a bulk. Part of the bulk is used to plant the next generation and part is put in reserve. The procedure has been referred to as modified single-seed descent or the pod-bulk technique.

The multiple-seed procedure has been used to save labor at harvest. It is considerably faster to thresh pods with a machine than to remove one seed from each by hand for the single-seed procedure. The multiple-seed procedure also makes it possible to plant the same number of seeds of a population each generation of inbreeding. Enough seeds are harvested to make up for those plants that did not germinate or produce seed.

Descriptions of other breeding methods that are commonly used for different traits and crops can be found in one of several reference books (e.g., Allard, 1960; Simmonds, 1979; Sneep et al., 1979; Fehr, 1987).

Proper testing should detect major faults and establish the level of superiority or improvement over current varieties. In addition to showing superior performance, there must be a demand for a new variety. The new variety must be compatible with industry standards, or must create a new market. The introduction of a new variety may incur additional costs to the seed producer, the grower, processor and consumer, for special advertising and marketing, altered seed and commercial production practices, and new product utilization. The testing preceding release of a new variety should take into consideration research and development costs as well as technical superiority of the final variety. For seed-propagated varieties, it must be feasible to produce seed easily and economically.

Soybean, Glycine max, is an important and valuable field crop. Thus, a continuing goal of soybean breeders is to develop stable, high yielding soybean varieties that are agronomically sound. The reasons for this goal are obviously to maximize the amount of grain produced on the land used and to supply food for both animals and humans. To accomplish this goal, the soybean breeder must select and develop soybean plants that have the traits that result in superior varieties.

Pioneer soybean research staff create over 500,000 potential new varieties each year. Of those new inbreds, less than 50 and more commonly less than 25 are actually selected for commercial use.

## SUMMARY OF THE INVENTION

According to the invention, there is provided a novel soybean variety, designated 93B82. This invention thus relates to the seeds of soybean variety 93B82, to the plants of soybean variety 93B82 and to methods for producing a soybean plant produced by crossing soybean variety 93B82 with itself or another soybean plant, and the creation of variants by mutagenesis or transformation of soybean variety 93B82.

## DEFINITIONS

In the description and tables which follow, a number of terms are used. In order to provide a clear and consistent understanding of the specification and claims, including the scope to be given such terms, the following definitions are provided:

B/A=BUSHELS PER ACRE. The seed yield in bushels/acre is the actual yield of the grain at harvest.

BSR=BROWN STEM ROT TOLERANCE. This is a visual disease score from 1 to 9 comparing all genotypes in a given test. The score is based on leaf symptoms of yellowing and necrosis caused by brown stem rot. A score of 9 indicates no symptoms. Visual scores range down to a score of 1 which indicates severe symptoms of leaf yellowing and necrosis.

5,852,226

5

CNKR=STEM CANKER TOLERANCE. This is a visual disease score from 1 to 9 comparing all genotypes in a given test. The score is based upon premature plant death. A score of 9 indicates no symptoms, whereas a score of 1 indicates the entire experimental unit died very early.

COTYLEDON. A cotyledon is a type of seed leaf. The cotyledon contains the food storage tissues of the seed.

EMBRYO. The embryo is the small plant contained within a mature seed.

$F_3$. This symbol denotes a generation resulting from the selfing of the $F_2$ generation along with selection for type and rogueing of off-types. The "F" number is a term commonly used in genetics, and designates the number of the filial generation. The "$F_3$" generation denotes the offspring resulting from the selfing or self mating of members of the $F_2$ generation having the next lower "F" number, viz. the $F_2$ generation.

FECL=IRON-DEFICIENCY CHLOROSIS. Plants are scored 1 to 9 based on visual observations. A score of 1 indicates the plants are dead or dying from iron-deficiency chlorosis, a score of 5 means plants have intermediate health with some leaf yellowing and a score of 9 means no stunting of the plants or yellowing of the leaves.

FEY=Frogeye Tolerance. This is a visual disease score from 1 to 9 comparing all genotypes in a given test. The score is based upon leaf lesions. A score of 9 indicates no lesions, whereas a score of 1 indicates severe leaf necrosis.

HABIT. This refers to the physical appearance of a plant. It can be either determinate or indeterminate. In soybeans, indeterminate varieties are those in which stem growth is not limited by formation of a reproductive structure (i.e., flowers, pods and seeds) and hence growth continues throughout flowering and during part of pod filling. The main stem will develop and set pods over a prolonged period under favorable conditions. In soybeans, determinate varieties are those in which stem growth ceases at flowering time. Most flowers develop simultaneously, and most pods fill at approximately the same time.

HGT=Plant Height. Plant height is taken from the top of the soil to top of the plant and is measured in inches.

HILUM. This refers to the scar left on the seed which marks the place where the seed was attached to the pod prior to it (the seed) being harvested.

HYPL=HYPOCOTYL ELONGATION. This score indicates the ability of the seed to emerge when planted 3" deep in sand and with a controlled temperature of 25° C. The number of plants that emerge each day are counted. Based on this data, each genotype is given a 1 to 9 score based on its rate of emergence and percent of emergence. A score of 9 indicates an excellent rate and percent of emergence, an intermediate score of 5 indicates average ratings and a 1 score indicates a very poor rate and percent of emergence.

HYPOCOTYL. A hypocotyl is the portion of an embryo or seedling between the cotyledons and the root. Therefore, it can be considered a transition zone between shoot and root.

LDG=LODGING RESISTANCE. Lodging is rated on a scale of 1 to 9. A score of 9 indicates erect plants. A score of 5 indicates plants are leaning at a 45° angle in relation to the ground and a score of 1 indicates plants are laying on the ground.

LEAFLETS. These are part of the plant shoot, and they manufacture food for the plant by the process of photosynthesis.

LLE=Linoleic Acid Percent. Linoleic acid is one of the five most abundant fatty acids in soybeans seeds. It is

6

measured by gas chromatography and is reported as a percent of the total oil content.

LLN=Linolenic Acid Percent. Linolenic acid is one of the five most abundant fatty acids in soybeans seeds. It is measured by gas chromatography and is reported as a percent of the total oil content.

MAT ABS=ABSOLUTE MATURITY. This term is defined as the length of time from planting to complete physiological development (maturity). The period from planting until maturity is reached is measured in days, usually in comparison to one or more standard varieties. Plants are considered mature when 95% of the pods have reached their mature color.

MATURITY GROUP. This refers to an agreed-on industry division of groups of varieties, based on the zones in which they are adapted primarily according to day length or latitude. They consist of very long day length varieties (Groups 000, 00, 0), and extend to very short day length varieties (Groups VII, VIII, IX, X).

OIL=Oil Percent. Soybean seeds contain a considerable amount of oil. Oil is measured by NIR spectrophotometry, and is reported on an as is percentage basis.

OLC=OLEIC ACID PERCENT. Oleic acid is one of the five most abundant fatty acids in soybean seeds. It is measured by gas chromatography and is reported as a percent of the total oil content.

PLM=Palmitic Acid Percent. Palmitic acid is one of the five most abundant fatty acids in soybean seeds. It is measured by gas chromatography and is reported as a percent of the total oil content.

POD. This refers to the fruit of a soybean plant. It consists of the hull or shell (pericarp) and the soybean seeds.

PRT=PHYTOPHTHORA TOLERANCE. Tolerance to Phytophthora root rot is rated on a scale of 1 to 9, with a score of 9 being the best or highest tolerance ranging down to a score of 1 which indicates the plants have no tolerance to Phytophthora.

PRM=Predicted Relative Maturity. Soybean maturities are divided into relative maturity groups. In the United States the most common maturity groups are 0 through VIII. Within these maturity groups the industry generally divides maturities into tenths of a relative maturity group. Within narrow comparisons, the difference of a tenth of a relative maturity group equates very roughly to a day difference in maturity at harvest.

PRO=Protein Percent. Soybean seeds contain a considerable amount of protein. Protein is generally measured by NIR spectrophotometry, and is reported on an as is percentage basis.

PUBESCENCE. This refers to a covering of very fine hairs closely arranged on the leaves, stems and pods of the soybean plant.

S/LB=Seeds per Pound. Soybean seeds vary in seed size, therefore, the number of seeds required to make up one pound also varies. This affects the pounds of seed required to plant a given area, and can also impact end uses.

SH=SHATTERING. This refers to the amount of pod dehiscence prior to harvest. Pod dehiscence involves seeds falling from the pods to the soil. This is a visual score from 1 to 9 comparing all genotypes within a given test. A score of 9 means pods have not opened and no seeds have fallen out. A score of 5 indicates approximately 50% of the pods have opened, with seeds falling to the ground and a score of 1 indicates 100% of the pods are opened.

SHOOTS. These are a portion of the body of the plant. They consist of stems, petioles and leaves.

5,852,226

| 7 | 8 |

STC=STEARIC ACID PERCENT. Stearic acid is one of the five most abundant fatty acids in soybeans seeds. It is measured by gas chromatography and is reported as a percent of the total oil content.

WH MD=WHITE MOLD TOLERANCE. This is a visual disease score from 1 to 9 comparing all genotypes in a given test. The score is based upon observations of mycelial growth and death of plants. A score of 9 indicates no symptoms. Visual scores of 1 indicate complete death of the experimental unit.

## DETAILED DESCRIPTION OF THE INVENTION

A soybean variety needs to be highly homogeneous, homozygous and reproducible to be useful as a commercial variety. There are many analytical methods available to determine the homozygotic and phenotypic stability of these inbred lines.

The oldest and most traditional method of analysis is the observation of phenotypic traits. The data is usually collected in field experiments over the life of the soybean plants to be examined. Phenotypic characteristics most often observed are for traits associated with seed yield, seed protein and oil content, lodging resistance, disease resistance, maturity, plant height, and shattering.

In addition to phenotypic observations, the genotype of a plant can also be examined. There are many laboratory-based techniques available for the analysis, comparison and characterization of plant genotype; among these are Isozyme Electrophoresis, Restriction Fragment Length Polymorphisms (RFLPs), Randomly Amplified Polymorphic DNAs (RAPDs), Arbitrarily Primed Polymerase Chain Reaction (AP-PCR), DNA Amplification Fingerprinting (DAF), Sequence Characterized Amplified Regions (SCARs), Amplified Fragment Length Polymorphisms (AFLPs), and Simple Sequence Repeats (SSRs) which are also referred to as Microsatellites.

The variety of the invention has shown uniformity and stability for all traits, as described in the following variety description information. It has been self-pollinated a sufficient number of generations, with careful attention to uniformity of plant type to ensure homozygosity and phenotypic stability. The line has been increased with continued observation for uniformity. No variant traits have been observed or are expected in 93B82, as described in Table 1 (Variety Description Information).

Soybean variety 93B82 is a purple flowered, soybean variety with light (tawny) pubescence and black hila. It is widely adapted. The variety has outstanding yield potential and exhibits multi-race resistance to Phytophthora rot due to the presence of the Rps1k gene. Variety 93B82 demonstrates good field emergence and good standability. The variety also produces elevated protein and oil content levels. It is broadly adapted and is suitable for the Mid and Southern Plains as well as Northern and Eastern United States. It does well in most soil types including tight clay soils, no-till, and light sandy soils.

Soybean variety 93B82, being substantially homozygous, can be reproduced by planting seeds of the line, growing the resulting soybean plants under self-pollinating or sib-pollinating conditions, and harvesting the resulting seed, using techniques familiar to the agricultural arts.

### TABLE 1

VARIETY DESCRIPTION INFORMATION
93B82

A. Mature Seed Characteristics:

   Seed Coat Luster: dull
   Hilum Color: black
B. Leaf:

   Leaflet Shape: ovate
   Leaflet Size: large
C. Plant Characteristics:

   Flower Color: purple
   Pod Color: brown
   Plant Pubescence Color: light (tawny)
   Plant Type: Intermediate
   Plant Habit: Indeterminate
   Maturity Group: III
D. Bacterial Diseases          (S = susceptible R = resistant)

   Bacterial Blight (Pseudomonas glycinea): S
E. Fungal Diseases            (S = susceptible R = resistant)

   Brown Spot (Septoria glycines): S
   Pod and Stem Blight (Diaporthe phaseolorum var. sojae): S
   Purple Seed Stain (Cercospora kikuchii): S
   Rhizoctonia Root Rot (Rhizoctonia solani): S
   Phytophthora Rot (Phytophthora megasperma var. sojae):
   Race 1: R    Race 2: R    Race 3: R    Race 5: R
   Race 7: R    Race 8: R    Race 9: R
F. Viral Diseases             (S = susceptible R = resistant)

   Bud Blight (Tobacco Ringspot Virus): S
   Yellow Mosaic (Bean Yellow Mosaic Virus): S
   Cowpea Mosaic (Cowpea Chlorotic Virus): S
   Pod Mottle (Bean Pod Mottle Virus): S
   Seed Mottle (Soybean Mosaic Virus): S
G. Nematode Diseases           (S = susceptible R = resistant)

   Soybean Cyst Nematode
   Race 3: S
H. Physiological Responses      (S = susceptible R = resistant)

   Iron Chlorosis on Calcareous Soil: R (acceptable)

(PVP Certificate No.) is a Pioneer Hi-Bred International, Inc. proprietary variety.

Publications useful as references in interpreting Table 1 include:

Caldwell, B. E. ed. 1973. "Soybeans: Improvement, Production, and Uses" Amer. Soc. Agron. Monograph No. 16;

Buttery, B. R., and R. I. Buzzell 1968. "Peroxidase Activity in Seed of Soybean Varieties" Crop Sci. 8: 722–725;

Hymowitz, T. 1973. "Electrophoretic analysis of SBTI-A2 in the USDA Soybean Germplasm Collection" Crop Sci., 13: 420–421;

Payne R. C., and L. F. Morris, 1976. "Differentiation of Soybean Varieties by Seedling Pigmentation Patterns" J. Seed. Technol. 1: 1–19. The disclosures of which are each incorporated by reference in their entirety.

### INDUSTRIAL APPLICABILITY

This invention also is directed to methods for producing a soybean plant by crossing a first parent soybean plant with a second parent soybean plant wherein the first or second parent soybean plant is a soybean plant of the variety 93B82. Further, both first and second parent soybean plants can come from the soybean variety 93B82. Thus, any such methods using the soybean variety 93B82 are part of this

5,852,226

9

invention: selfing, backcrosses, hybrid production, crosses to populations, and the like. All plants produced using soybean variety 93B82 as a parent are within the scope of this invention. Advantageously, the soybean variety could be used in crosses with other, different, soybean plants to produce first generation (F₁) soybean hybrid seeds and plants with superior characteristics. The variety of the invention can also be used for transformation where exogenous genes are introduced and expressed by the variety of the invention. Genetic variants created either through traditional breeding methods using variety 93B82 or through transformation of 93B82 by any of a number of protocols known to those of skill in the art are intended to be within the scope of this invention.

Production of a genetically modified plant tissue by transformation combines teachings of the present disclosure with a variety of techniques and expedients known in the art. In most instances alternate expedients exist for each stage of the overall process. The choice of expedients depends on the variables such as the plasmid vector system chosen for the cloning and introduction of the desired recombinant DNA molecule, as well as the particular structural gene, promoter elements and upstream elements used. Persons skilled in the art are able to select and use appropriate alternatives to achieve functionality. Culture conditions for expressing desired structural genes and cultured cells are known in the art. Also as known in the art, soybeans are transformable and regenerable such that whole plants containing and expressing desired genes under regulatory control may be obtained. General descriptions of plant expression vectors and reporter genes and transformation protocols can be found in Gruber, et al., "Vectors for Plant Transformation, in Methods in Plant Molecular Biology & Biotechnology" in Glich et al., (Eds. pp. 89–119, CRC Press, 1993). Moreover GUS expression vectors and GUS gene cassettes are available from Clone Tech Laboratories, Inc., Palo Alto, Calif. while luciferase expression vectors and luciferase gene cassettes are available from Pro Mega Corp. (Madison, Wis.). General methods of culturing plant tissues are provided for example by Maki et al. "Procedures for Introducing Foreign DNA into Plants" in Methods in Plant Molecular Biology & Biotechnology, Glich et al. (Eds. pp. 67–88 CRC Press, 1993); and by Phillips et al. "Cell-Tissue Culture and In-Vitro Manipulation" in Corn & Corn Improvement, 3rd Edition Sprague et al. (Eds. pp. 345–387) American Society of Agronomy Inc. et al. 1988. Methods of introducing expression vectors into plant tissue include the direct infection or co-cultivation of plant cells with Agrobacterium tumefaciens, Horsch et al., Science, 227:1229 (1985). Descriptions of Agrobacterium vector systems and methods for Agrobacterium-mediated gene transfer provided by Gruber, et al. supra.

Useful methods include but are not limited to expression vectors introduced into plant tissues using a direct gene transfer method such as microprojectile-mediated delivery, DNA injection, electroporation and the like. More preferably expression vectors are introduced into plant tissues using the microprojectile media delivery with the biolistic device Argobacterium-mediated transformation. Transformant plants obtained with the protoplasm of the invention are intended to be within the scope of this invention.

As used herein, the term plant includes plant cells, plant protoplasts, plant cell tissue cultures from which soybean plants can be regenerated, plant calli, plant clumps, and plant cells that are intact in plants or parts of plants, such as embryos, ovules, flowers, pods, leaves, roots, root tips, anthers, and the like.

10

Further reproduction of the variety can occur by tissue culture and regeneration. Tissue culture of various tissues of soybeans and regeneration of plants therefrom is well known and widely published. For example, reference may be had to Komatsuda, T. et al., "Genotype X Sucrose Interactions for Somatic Embryogenesis in Soybean," Crop Sci. 31:333–337 (1991); Stephens, P. A. et al., "Agronomic Evaluation of Tissue-Culture-Derived Soybean Plants," Theor. Appl. Genet. (1991) 82:633–635; Komatsuda, T. et al., "Maturation and Germination of Somatic Embryos as Affected by Sucrose and Plant Growth Regulators in Soybeans Glycine gracilis Skvortz and Glycine max (L.) Merr.," Plant Cell, Tissue and Organ Culture, 28:103–113 (1992); Dhir, S. et al., "Regeneration of Fertile Plants from Protoplasts of Soybean (Glycine max L. Merr.): Genotypic Differences in Culture Response," Plant Cell Reports (1992) 11:285–289; Pandey, P. et al., "Plant Regeneration from Leaf and Hypocotyl Explants of Glycine wightii (W. and A.) VERDC. var longicauda," Japan J. Breed. 42:1–5 (1992); and Shetty, K., et al., "Stimulation of In Vitro Shoot Organogenesis in Glycine max (Merrill.) by Allantoin and Amides," Plant Science 81:(1992) 245–251; as well as U.S. Pat. No. 5,024, 944, issued Jun. 18, 1991 to Collins et al. and U.S. Pat. No. 5,008,200, issued Apr. 16, 1991 to Ranch et al., the disclosures of which are hereby incorporated herein in their entirety by reference. Thus, another aspect of this invention is to provide cells which upon growth and differentiation produce soybean plants having the physiological and morphological characteristics of variety 93B82.

The seed of soybean variety 93B82, the plant produced from the seed, the hybrid soybean plant produced from the crossing of the variety with any other soybean plant, hybrid seed, and various parts of the hybrid soybean plant can be utilized for human food, livestock feed, and as a raw material in industry.

The soybean is the world's leading source of vegetable oil and protein meal. The oil extracted from soybeans is used for cooking oil, margarine, and salad dressings. Soybean oil is composed of saturated, monounsaturated and polyunsaturated fatty acids. It has a typical composition of 11 % palmitic, 4% stearic, 25% oleic, 50% linoleic and 9% linolenic fatty acid content ("Economic Implications of Modified Soybean Traits Summary Report", Iowa Soybean Promotion Board & American Soybean Association Special Report 92S, May 1990. Changes in fatty acid composition for improved oxidative stability and nutrition are constantly sought after. Industrial uses of soybean oil which is subjected to further processing include ingredients for paints, plastics, fibers, detergents, cosmetics, and lubricants. Soybean oil may be split, inter-esterified, sulfurized, epoxidized, polymerized, ethoxylated, or cleaved. Designing and producing soybean oil derivatives with improved functionality, oliochemistry, is a rapidly growing field. The typical mixture of triglycerides is usually split and separated into pure fatty acids, which are then combined with petroleum-derived alcohols or acids, nitrogen, sulfonates, chlorine, or with fatty alcohols derived from fats and oils.

Soybean is also used as a food source for both animals and humans. Soybean is widely used as a source of protein for animal feeds for poultry, swine and cattle. During processing of whole soybeans, the fibrous hull is removed and the oil is extracted. The remaining soybean meal is a combination of carbohydrates and approximately 50% protein.

For human consumption soybean meal is made into soybean flour which is processed to protein concentrates used for meat extenders or specialty pet foods. Production of edible protein ingredients from soybean offers a healthy, less



5,852,226

<div style="columns:2">

11

expensive replacement for animal protein in meats as well as dairy-type products.

## PERFORMANCE EXAMPLES OF 93B82

In the examples that follow, the traits and characteristics of soybean variety 93B82 are given. The data collected on soybean variety 93B82 is presented for the key characteristics and traits.

The results in Table 2A compare variety 93B82 to another similarly adapted soybean variety, 9381. The results show that variety 93B82 is significantly higher yielding than variety 9381. Variety 93B82 exhibits a significantly higher seed protein content than variety 9381. Both varieties exhibit good lodging resistance.

The results in Table 2B compare variety 93B82 to another similarly adapted soybean variety, 9392. The results show that variety 93B82 is significantly higher yielding than variety 9392. Variety 93B82 demonstrates significantly shorter plant stature than variety 9392. The Variety also exhibits a significantly higher seed protein and seed oil content than variety 9392. Both varieties demonstrate good lodging tolerance and good tolerance to Phytophthora Root Rot.

The results in Table 2C compares variety 93B82 with variety 9393, both of which are similarly adapted. The results indicate that the 93B82 variety is significantly higher

12

yielding than variety 9393. Variety 93B82 exhibits shorter plant stature and has significantly higher seed protein and seed oil content than variety 9393. Variety 93B82 also demonstrates a higher White Mold tolerance than variety 9393.

The results in Table 2D compare variety 93B82 with variety 9395, another similarly adapted line. The results show that variety 93B82 is earlier in maturity than the 9395 variety. Variety 93B82 exhibits a shorter plant stature and significantly higher protein and oil content levels than variety 9395. Both varieties exhibit good lodging resistance.

The results in Table 2E compare variety 93B82 with variety 9412, another similarly adapted line. The results show that variety 93B82 is significantly higher yielding and earlier maturing than the 9412 variety. Variety 93B82 has superior tolerance to Brown Stem Rot than variety 9412. Both varieties exhibit good lodging resistance.

The results in Table 2F compare variety 93B82 with variety 9362, another similarly adapted line. The results show that variety 93B82 is significantly higher yielding than the 9362 variety. Variety 93B82 exhibits significantly higher protein and seed oil content levels and a significantly shorter plant stature than variety 9362. Both varieties demonstrate good tolerance to Phytophthora Rot, White Mold and Brown Stem Rot.

</div>

### TABLE 2A

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9381

|  |  | B/A | MAT | PRM | HGT | LDG | PRO | OIL |
|---|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 59.2 | 125.9 | 38 | 35.4 | 7.3 | 42.7 | 22.9 |
|  | 2 | 56.9 | 125.2 | 38 | 36.1 | 7.5 | 40.5 | 22.8 |
|  | LOCS | 85 | 37 | 20 | 43 | 42 | 13 | 13 |
|  | DIFF | 2.3 | 0.7 | 0 | 0.7 | 0.2 | 2.2 | 0.1 |
|  | PR > T | .001# | .081* | 0.704 | 0.118 | .050* | .000# | 0.457 |

|  |  | S/LB | BSR | PRT | WH MD | FECL | CNKR |
|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 2756.3 | 6.5 | 7.4 | 4.9 | 4.2 | 5.5 |
|  | 2 | 3071.9 | 5.8 | 7.6 | 5.3 | 3.3 | 3.0 |
|  | LOCS | 9 | 6 | 5 | 3 | 3 | 1 |
|  | DIFF | 315.6 | 0.7 | 0.2 | 0.4 | 0.8 | 2.5 |
|  | PR > T | .023+ | 0.175 | 0.732 | 0.771 | 0.662 |  |

* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level

### TABLE 2B

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9392

|  |  | B/A | MAT | PRM | HGT | LDG | PRO | OIL |
|---|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 59.2 | 127.2 | 38 | 35.4 | 7.3 | 42.7 | 22.6 |
|  | 2 | 56.0 | 128.8 | 39 | 37.3 | 7.9 | 41.8 | 21.8 |
|  | LOCS | 103 | 43 | 25 | 56 | 53 | 19 | 19 |
|  | DIFF | 3.2 | 1.6 | 1 | 1.9 | 0.6 | 0.9 | 0.8 |
|  | PR > T | .000# | .000# | .000# | .000# | .000# | .007# | .000# |

|  |  | S/LB | BSR | PRT | WH MD | FECL | CNKR |
|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 2857.2 | 6.3 | 7.5 | 5.0 | 4.0 | 5.5 |
|  | 2 | 3000.0 | 7.2 | 8.0 | 3.3 | 4.8 | 6.5 |



5,852,226

13            14

TABLE 2B-continued

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9392

|       | 14    | 7     | 6     | 4     | 5     | 1 |
|-------|-------|-------|-------|-------|-------|---|
| LOCS  | 14    | 7     | 6     | 4     | 5     | 1 |
| DIFF  | 142.8 | 0.9   | 0.5   | 1.7   | 0.8   | 1 |
| PR > T | 0.449 | 0.111 | .052⁻ | 0.117 | 0.195 |   |

\* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level

TABLE 2C

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9393

|           |      | B/A   | MAT   | PRM   | HGT   | LDG   | PRO   | OIL   |
|-----------|------|-------|-------|-------|-------|-------|-------|-------|
| TOTAL SUM | 1    | 65.3  | 132.8 | 38    | 36.7  | 7.3   | 43.3  | 22.1  |
|           | 2    | 59.5  | 135.3 | 39    | 38.5  | 7.4   | 42.9  | 21.7  |
|           | LOCS | 42    | 12    | 1     | 22    | 23    | 10    | 10    |
|           | DIFF | 5.8   | 2.5   | 1     | 1.9   | 0.1   | 0.5   | 0.4   |
|           | PR > T | .000# | .001# | .020+ | .003# | 0.517 | .021+ | .043+ |

|           |      | S/LB   | BSR  | PRT   | WH MD | FECL  | CNKR |
|-----------|------|--------|------|-------|-------|-------|------|
| TOTAL SUM | 1    | 2819.9 | 5.8  | 7.4   | 5.5   | 4.0   | 5.5  |
|           | 2    | 2618.1 | 6.0  | 8.2   | 3.6   | 4.6   | 6.0  |
|           | LOCS | 10     | 4    | 5     | 2     | 5     | 1    |
|           | DIFF | 201.9  | 0.2  | 0.8   | 1.9   | 0.6   | 0.5  |
|           | PR > T | 0.621 | 0.856 | .028+ | .042+ | 0.468 |      |

\* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level

TABLE 2D

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9395

|           |      | B/A   | MAT   | PRM   | HGT   | LDG   | PRO   | OIL   |
|-----------|------|-------|-------|-------|-------|-------|-------|-------|
| TOTAL SUM | 1    | 59.3  | 126.5 | 38    | 35.2  | 7.3   | 42.6  | 22.7  |
|           | 2    | 58.6  | 127.6 | 39    | 37.5  | 7.2   | 41.8  | 21.7  |
|           | LOCS | 96    | 38    | 23    | 53    | 49    | 19    | 19    |
|           | DIFF | 0.7   | 1.1   | 1     | 2.3   | 0.1   | 0.9   | 1     |
|           | PR > T | 0.228 | .001# | .000# | .000# | 0.558 | .014+ | .000# |

|           |      | S/LB   | BSR   | PRT   | WH MD | FECL  | CNKR |
|-----------|------|--------|-------|-------|-------|-------|------|
| TOTAL SUM | 1    | 2858.1 | 6.3   | 7.4   | 5.0   | 4.0   | 5.5  |
|           | 2    | 2979.7 | 7.2   | 7.7   | 3.9   | 4.6   | 6.0  |
|           | LOCS | 15     | 7     | 5     | 4     | 5     | 1    |
|           | DIFF | 121.6  | 0.9   | 0.3   | 1.2   | 0.6   | 0.5  |
|           | PR > T | 0.673 | .063⁻ | 0.423 | 0.267 | 0.178 |      |

\* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level



5,852,226

15       16

### TABLE 2E

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9412

| | | B/A | MAT | PRM | HGT | LDG | PRO | OIL | S/LB | BSR | PRT | WH MD |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 52.9 | 118.7 | 38 | 34.7 | 7.5 | 41.1 | 23.4 | 3055.3 | 6.8 | 7.6 | 5.0 |
| | 2 | 50.0 | 121.2 | 40 | 34.2 | 8.3 | 40.8 | 22.5 | 3109.1 | 5.7 | 7.8 | 4.4 |
| | LOCS | 40 | 18 | 20 | 17 | 15 | 3 | 3 | 2 | 4 | 2 | 4 |
| | DIFF | 2.9 | 2.4 | 2 | 0.5 | 0.8 | 0.3 | 0.9 | 53.8 | 1.1 | 0.2 | 0.7 |
| | PR > T | .019+ | .000# | .001# | 0.455 | .000# | 0.723 | 0.153 | 0.875 | .001# | 0.844 | 0.223 |

\* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level

### TABLE 2F

PAIRED COMPARISON REPORT
VARIETY #1 = 93B82
VARIETY #2 = 9362

| | | B/A | MAT | PRM | HGT | LDG | PRO | OIL |
|---|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 60.2 | 127.4 | 38 | 35.4 | 7.2 | 42.6 | 22.6 |
| | 2 | 57.8 | 124.5 | 36 | 36.6 | 8.1 | 42.0 | 21.5 |
| | LOCS | 74 | 29 | 17 | 45 | 42 | 20 | 20 |
| | DIFF | 2.4 | 2.8 | 2 | 1.2 | 0.9 | 0.6 | 1.1 |
| | PR > T | .036# | .000# | .000# | .025+ | .000# | .001# | .000# |

| | | S/LB | BSR | PRT | WH MD | FECL | CNKR |
|---|---|---|---|---|---|---|---|
| TOTAL SUM | 1 | 2858.1 | 6.3 | 7.4 | 5.5 | 4.0 | 5.5 |
| | 2 | 2824.2 | 6.3 | 7.8 | 4.3 | 3.1 | 2.5 |
| | LOCS | 15 | 5 | 5 | 2 | 5 | 1 |
| | DIFF | 33.9 | 0 | 0.4 | 1.3 | 0.9 | 3 |
| | PR > T | 0.902 | 0.97 | 0.13 | 0.344 | 0.431 | |

\* = significant at the 10% level
+ = significant at the 5% level
# = significant at the 1% level

## DEPOSITS

Applicants have made a deposit of at least 2500 seeds of Soybean Variety 93B82 with the American Type Culture Collection (ATCC), Manassas, Va. 20110 USA, ATCC Deposit No. 209758. The seeds deposited with the ATCC on April 10, 1998 were taken from the deposit maintained by Pioneer Hi-Bred International, Inc., 700 Capital Square, 400 Locust Street, Des Moines, Iowa 50309-2340 since prior to the filing date of this application. This deposit of the Soybean Variety 93B82 will be maintained in the ATCC depository, which is a public depository, for a period of 30 years, or 5 years after the most recent request, or for the effective life of the patent, whichever is longer, and will be replaced if it becomes nonviable during that period. Additionally, Applicants have satisfied all the requirements of 37 C.F.R. §§1.801–1.809, including providing an indication of the viability of the sample. Applicants impose no restrictions on the availability of the deposited material from the ATCC; however, Applicants have no authority to waive any restrictions imposed by law on the transfer of biological material or its transportation in commerce. Applicants do not waive any infringement of their rights granted under this patent or under the Plant Variety Protection Act (7 USC 2321 et seq.). U.S. Plant Variety Protection of Soybean Variety 93B82 has been applied for under Application No. 9800072.

The foregoing invention has been described in detail by way of illustration and example for purposes of clarity and understanding. However, it will be obvious that certain changes and modifications such as single gene modifications and mutations, somoclonal variants, variant individuals selected from large populations of the plants of the instant variety and the like may be practiced within the scope of the invention, as limited only by the scope of the appended claims.

What is claimed is:

1. A soybean seed designated 93B82, representative seed of said soybean 93B82 have been deposited under ATCC Accession No. 209758.

2. A soybean plant, or its parts, grown from the seed of claim 1, representative seed having been deposited under ATCC Accession No. 209758.

3. Pollen of the plant of claim 2.

4. An ovule of the plant of claim 2.

5. A soybean plant, and parts thereof, having all the physiological and morphological characteristics of the plant of claim 2.

6. A tissue culture of regenerable cells of the plant of claim 2.

7. A tissue culture according to claim 6, the cells or protoplasts being of a tissue selected from the group consisting of: leaves, pollen, embryos, roots, pods, flowers, and stalks.

8. A soybean plant regenerated from the tissue culture of claim 6, capable of expressing all the morphological and physiological characteristics of variety 93B82, representa-

5,852,226

17

tive seed of said variety 93B82 having been deposited under ATCC Accession No. 209758.

9. A soybean plant with all of the physiological and morphological characteristics of the soybean plant of claim 2, said soybean plant produced by the tissue culture process using soybean plant of claim 2 as the starting material for such a process.

10. A method for producing a first generation $F_1$ hybrid soybean seed comprising crossing the plant of claim 2 with a different soybean plant and harvesting the resultant first generation $F_1$ hybrid soybean seed.

11. A method for producing a first generation ($F_1$) hybrid soybean seed comprising:

crossing the plant of claim 2 with a different inbred parent soybean plant and harvesting the resultant first genera-

18

tion ($F_1$) hybrid soybean seed wherein the inbred soybean plant of claim 2 is the female parent.

12. A method for producing a first generation ($F_1$) hybrid soybean seed comprising:

crossing the plant of claim 2 with a different inbred parent soybean plant and harvesting the resultant first generation ($F_1$) hybrid soybean seed wherein the inbred soybean plant of claim 2 is the male parent.

13. An $F_1$ hybrid soybean seed produced by crossing the plant of claim 2 with a different parent soybean plant.

14. An $F_1$ hybrid soybean plant, or parts thereof, grown from the seed of claim 13.

* * * * *

# UNITED STATES PATENT AND TRADEMARK OFFICE
# CERTIFICATE OF CORRECTION

PATENT NO.      : 5,852,226                                                    Page 1 of 1
DATED           : December 22, 1998
INVENTOR(S)     : Peter Armstrong Fuller, Herbert Schmidt, Debra Kay Steiger, and
                  Dorman John Grace, III

It is certified that error appears in the above-identified patent and that said Letters Patent is
hereby corrected as shown below:

Title page,
Application No., delete "783,137" and insert -- 08/783,137 --.

Column 1,
Line 27, delete "Glycine max" and insert -- *Glycine max* --.
Line 51, delete "Glycine max" and insert -- *Glycine max* --.

Column 4,
Line 27, delete "Glycine max" and insert -- *Glycine max* --.

Column 9,
Lines 58-59, after "device" and before "Agrobacterium-mediated" insert -- or --.

Column 15,
Line 41, delete "DEPOSITS" and insert -- **Deposits** --.
Line 44, delete "Va." and insert -- VA --.

Column 16,
Between lines 47 and 48, insert the heading -- **Claims** --.
Line 49, delete "have" and insert -- having --.

Signed and Sealed this

Thirtieth Day of October, 2001

Attest:

*Nicholas P. Godici*

NICHOLAS P. GODICI
*Attesting Officer*        *Acting Director of the United States Patent and Trademark Office*

# EXHIBIT B

No.

9800072

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

## Pioneer Hi-Bred International, Inc.

WHEREAS, THERE HAS BEEN PRESENTED TO THE

### Secretary of Agriculture

AN APPLICATION REQUESTING A CERTIFICATE OF PROTECTION FOR AN ALLEGED DISTINCT VARIETY OF SEXUALLY REPRODUCED, OR TUBER PROPAGATED PLANT, THE NAME AND DESCRIPTION OF WHICH ARE CONTAINED IN THE APPLICATION AND EXHIBITS, A COPY OF WHICH IS HEREUNTO ANNEXED AND MADE A PART HEREOF, AND THE VARIOUS REQUIREMENTS OF LAW IN SUCH CASES MADE AND PROVIDED HAVE BEEN COMPLIED WITH, AND THE TITLE THERETO IS, FROM THE RECORDS OF THE PLANT VARIETY PROTECTION OFFICE, IN THE APPLICANT(S) INDICATED IN THE SAID COPY, AND WHEREAS, UPON DUE EXAMINATION MADE, THE SAID APPLICANT(S) IS (ARE) ADJUDGED TO BE ENTITLED TO A CERTIFICATE OF PLANT VARIETY PROTECTION UNDER THE LAW.

NOW, THEREFORE, THIS CERTIFICATE OF PLANT VARIETY PROTECTION IS TO GRANT UNTO THE SAID APPLICANT(S) AND THE SUCCESSORS, HEIRS OR ASSIGNS OF THE SAID APPLICANT(S) FOR THE TERM OF TWENTY YEARS FROM THE DATE OF THIS GRANT, SUBJECT TO THE PAYMENT OF THE REQUIRED FEES AND PERIODIC REPLENISHMENT OF VIABLE BASIC SEED OF THE VARIETY IN A PUBLIC REPOSITORY AS PROVIDED BY LAW, THE RIGHT TO EXCLUDE OTHERS FROM SELLING THE VARIETY, OR OFFERING IT FOR SALE, OR REPRODUCING IT, OR IMPORTING IT, OR EXPORTING IT, OR CONDITIONING IT FOR PROPAGATION, OR STOCKING IT FOR ANY OF THE ABOVE PURPOSE , OR USING IT IN PRODUCING A HYBRID OR DIFFERENT VARIETY THEREFROM, TO THE EXTENT PROVIDED BY THE PLANT VARIETY PROTECTION ACT. (84 STAT. 1542, AS AMENDED, 7 U.S.C. 2321 ET SEQ.)

SOYBEAN

'93B82'

In Testimony Whereof, I have hereunto set my hand and caused the seal of the Plant Variety Protection Office to be affixed at the City of Washington, D.C. this eighth day of May, in the year of our Lord two thousand one.

Attest:

Alan R. Post

Acting Commissioner
Plant Variety Protection Office
Agricultural Marketing Service

Secretary of Agriculture

**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**
**SCIENCE DIVISION - PLANT VARIETY PROTECTION OFFICE**

**APPLICATION FOR PLANT VARIETY PROTECTION CERTIFICATE**
*(Instructions and information collection burden statement on reverse)*

*The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a).*

*Application is required in order to determine if a plant variety protection certificate is to be issued (7 U.S.C. 2421). Information is held confidential until certificate is issued (7 U.S.C. 2426).*

| 1. NAME OF APPLICANT(S) *(as it is to appear on the Certificate)* | EXPERIMENTAL NUMBER | 3. VARIETY NAME |
|---|---|---|
| Pioneer Hi-Bred International, Inc. | | 93B82 |

**2. ADDRESS** *(Street and No., or R.F.D. No., City, State, and ZIP Code, and Country)*

7100 NW 62nd Ave
P.O. Box 1000
Johnston, Iowa 50131-1000

**5. TELEPHONE** *(include area code)*
515-270-3582
*(include area code)*
515-253-2288

**FOR OFFICIAL USE ONLY**

PVPO NUMBER
**9800072**

FILING DATE **2 Jan 98**

| 7. GENUS AND SPECIES NAME | 8. FAMILY NAME *(Botanical)* |
|---|---|
| Glycine max L. | Leguminosae |

FILING AND EXAMINATION FEE:
$ **8450.00**
DATE **12/09/97**

**9. CROP KIND NAME** *(Common name)*
Soybean

CERTIFICATION FEE: $ **320.00**
DATE **5/2/01**

**10. IF THE APPLICANT NAMED IS NOT A "PERSON", GIVE FORM OF ORGANIZATION** *(corporation, partnership, association, etc.)(Common name)*
Corporation

| 11. IF INCORPORATED, GIVE STATE OF INCORPORATION | 12. DATE OF INCORPORATION |
|---|---|
| Iowa | May 6, 1926 |

**13. NAME AND ADDRESS OF APPLICANT REPRESENTATIVE(S), IF ANY, TO SERVE IN THIS APPLICATION AND RECEIVE ALL PAPERS**

~~John Grace~~ Daria Schmidt 4 April 2001
7300 NW 62nd Ave.
P.O. Box 1004
Johnston, Iowa 50131-1004

Jean Bromert (Copy)
7100 NW 62nd Ave.
P.O. Box 1000
Johnston, Iowa 50131-1000

*(include area code)*
515-270-3582
*(include area code)*
515-253-2288

**16. CHECK APPROPRIATE BOX FOR EACH ATTACHMENT SUBMITTED** *(Follow instructions on reverse)*

- a. ☑ Exhibit A. Origin and Breeding History of the Variety
- b. ☑ Exhibit B. Statement of Distinctness
- c. ☑ Exhibit C. Objective Description of the Variety
- d. ☑ Exhibit D. Additional Description of the Variety
- e. ☑ Exhibit E. Statement of the Basis of the Applicant's Ownership
- f. ☑ Voucher Sample (2,500 viable untreated seeds or, for tuber propagated varieties verification that tissue culture will be deposited and maintained in a public repository)
- g. ☑ Filing and Examination Fee ($2450), made payable to "Treasurer of the United States"   *(Mail to PVPO)*

**17. DOES THE APPLICANT SPECIFY THAT SEED OF THIS VARIETY BE SOLD BY VARIETY NAME ONLY, AS A CLASS OF CERTIFIED SEED?** *(See Section 83(a) of the Plant Variety Protection Act)?*
☐ YES   *If "yes," answer items 18 and 19 below)*   ☑ NO   *If "no," go to item (20)*

**18. DOES THE APPLICANT SPECIFY THAT SEED OF THIS VARIETY BE LIMITED AS TO NUMBER OF GENERATIONS?**
☐ YES   ☐ NO

**19. IF "YES" TO ITEM 18, WHICH CLASSES OF PRODUCTION BEYOND BREEDER SEED?**
☐ FOUNDATION   ☐ REGISTERED   ☐ CERTIFIED

**20. HAS THE VARIETY OR A HYBRID PRODUCED FROM THE VARIETY BEEN RELEASED, USED, OFFERED FOR SALE, OR MARKETED IN THE U.S. OR OTHER COUNTRIES?**
☑ YES   *(If "yes," give names of countries and dates)*   ☐ NO
U.S. - 1997

**21.** The applicant(s) declare that a viable sample of basic seed of the variety will be furnished with application and will be replenished upon request in accordance with such regulations as may be applicable, or for a tuber propagated variety a tissue culture will be deposited in a public repository and maintained for the duration of the certificate

The undersigned applicant(s) is(are) the owner(s) of this sexually reproduced or tuber propagated plant variety, and believe(s) that the variety is new, distinct, uniform, and stable as required Section 41, and is entitled to protection under the provisions of Section 42 of the Plant Variety Protection Act.

Applicant(s) is(are) informed that false representation herein can jeopardize protection and result in penalties.

| SIGNATURE OF APPLICANT (Owner(s)) | SIGNATURE OF APPLICANT (Owner(s)) |
|---|---|
| *[signature]* | |
| Name *(Please print or type)* D. John Grace III | Name *(Please print or type)* |
| CAPACITY OR TITLE   Soybean Research Coordinator | DATE 12/19/97 | CAPACITY OR TITLE | DATE |

SD-470   I-95   *(Previous editions are to be destroyed)*   *(See reverse for instructions and information collection burden statement)*

9800072

**Exhibit A.** **Origin and Breeding History of the Variety**

Soybean Variety 93B82

Variety 93B82 evolved from a 1988 cross of 9273/3/XB33B//A3733/RESNIK. XB33B is a selection from the cross of MO304/A3127.

It is an F5-derived variety which was advanced to the F5 generation by modified single seed descent. The F6 progeny row of 93B82 was grown in the summer of 1990. Subsequently, 93B82 has undergone four years of extensive testing and purification and has been observed by the breeder to be uniform and stable for all plant traits from generation to generation, with no evidence of variants. On the basis of multi-race resistance (Rps1k) to *Phytophthora megasperma*, very good field emergence and standability, and outstanding yield potential, variety 93B82 was released for sale.

The purification block was grown during the summer of 1994 and 26 sublines were bulked for increase. One acre of 93B82 (breeders seed) was grown in the winter of 1994-95. 304 acres of parent seedstock (foundation seed equivalent) were grown in the summer of 1996 and about 10,800 bushels were harvested.

2

9800072

**Exhibit B.  Statement of Distinctness**

Soybean Variety 93B82

Soybean variety 93B82 is most similar to variety 9333.  Both varieties have purple flowers, yellow seed with black hila, brown pod wall color, and multi-race resistance (Rps1k) to *Phytophthora megasperma*.  However, 93B82 has light tawny pubescence whereas 9333 has tawny pubescence.  Also, 9333 has resistance to labeled Roundup herbicides whereas 93B82 is susceptible.  In addition, 93B82 and 9333 differ in their isozyme profiles at loci AC04, IDH1 and PGM1 (see Table 1 below).

Table 1. Isozyme Data

|       | AC02 | AC03 | AC04 | ACP | DIA | ENP | IDH1 | IDH2 | MDH | MPI | PGM | PHI |
|-------|------|------|------|-----|-----|-----|------|------|-----|-----|-----|-----|
| 93B82 | 1    | 1    | 3    | A   | B   | A   | 2    | 1    | B   | A   | 1   | 1   |
| 9333  | 1    | 1    | 1    | A   | B   | A   | 1    | 1    | B   | A   | 2   | 1   |

*3*

**U.S. DEPARTMENT OF AGRICULTURE**
**AGRICULTURAL MARKETING SERVICE**
**SEED DIVISION - PLANT VARIETY PROTECTION OFFICE**
**BELTSVILLE, MARYLAND 20705**

**OBJECTIVE DESCRIPTION OF VARIETY**
*SOYBEAN  (Glycine max L.)*

EXHIBIT C
(Soybean)

| NAME OF APPLICANT(S) | TEMPORARY DESIGNATION | VARIETY NAME |
|---|---|---|
| **Pioneer Hi-Bred International, Inc.** | | **93B82** |

| ADDRESS *(Street and No., or R.F.D. No., City, State, and ZIP Code)* | **FOR OFFICIAL USE ONLY** |
|---|---|
| 7300 N.W. 62nd Ave., P.O. Box 1004 | PVPO NUMBER |
| Johnston, IA  50131-1004 | 9800673 |

Choose the appropriate response which characterizes the variety in the features described below. When the number of significant digits in your answer is fewer than the number of boxes provided, place a zero on the first box when number is 9 or less (e.g. `0 9` ). Starred characters ★ are considered fundamental to an adequate soybean variety description. Other characters should be described when information is available.

1. **SEED SHAPE:**

`2`

1 = Spherical (L/W, L/T, and T/W ratios = < 1.2)  
2 = Spherical Flattened (L/W ratio >  1.2; L/T ratio < 1.2)  
3 = Elongate (L/T ratio >  1.2; T/W = < 1.2)  
4 = Elongate Flattened (L/T ratio >  1.2; T/W > 1.2)

★ 2. **SEED COAT COLOR:** (Mature Seed)

`1`    1 = Yellow    2 = Green    3 = Brown    4 = Black    5 = Other (Specify)

3. **SEED COAT LUSTER:** (Mature Hand Shelled Seed)

`1`    1 = Dull ('Corsoy 79'; 'Braxton')    2 = Shiny ('Nebsoy'; 'Gasoy 17')

★ 4. **SEED SIZE:** (Mature  Seed)

`2` `0`    Grams per 100 seeds

★ 5. **HILUM COLOR:** (Mature  Seed)

`6`    1 = Buff   2 = Yellow   3 = Brown   4 = Gray   5 = Imperfect Black    6 = Black   7 = Other (Specify)

★ 6. **COTYLEDON COLOR:** (Mature Seed)

`1`    1 = Yellow    2 = Green

★ 7. **SEED PROTEIN PEROXIDASE ACTIVITY:**

`2`    1 = Low    2 = High

★ 8. **SEED PROTEIN ELECTROPHORETIC BAND:**

`   `    1 = Type A (SP1 a)    2 = Type B (SP1 b)

★ 9. **HYPOCOTYL COLOR:**

`4`    1 = Green only ('Evans'; 'Davis')              2 = Green with bronze band below cotyledons ('Woodworth'; 'Tracy')  
3 = Light Purple below cotyledons ('Beeson'; 'Pickett 71')  
4 = Dark  Purple extending to unifoliate leaves ('Hodgson'; 'Coker Hampton 266A')

★ 10. **LEAFLET SHAPE:**

`3`    1 = Lanceolate    2 = Oval    3 = Ovate    4 = Other (Specify)

FORM LMGS-470-57  (8-83)            (Edition of 2-82 is obsolete.)                                          Page 1 of 4

*4*

9800072

Variety Name 93B82

**11. LEAFLET SIZE:**

[3]   1 = Small ('Amsoy 71'; 'A5312')   2 = Medium ('Corsoy 79'; 'Gasoy 17')
      3 = Large ('Crawford'; 'Tracy')

**12. LEAF COLOR:**

[3]   1 = Light Green ('Weber'; 'York')   2 = Medium Green ('Corsoy 79'; 'Braxton')
      3 = Dark Green ('Gnome'; 'Tracy')

★ **13. FLOWER COLOR:**

[2]   1 = White        2 = Purple        3 = White with purple throat

★ **14. POD COLOR:**

[2]   1 = Tan        2 = Brown        3 = Black

★ **15. PLANT PUBESCENCE COLOR:**

[2]   1 = Gray        2 = Brown (Tawny)   (Light Tawny)

**16. PLANT TYPES:**

[2]   1 = Slender ('Essex'; 'Amsoy 71')   2 = Intermediate ('Amcor'; 'Braxton')
      3 = Bushy ('Gnome'; 'Govan')

★ **17. PLANT HABIT:**

[3]   1 = Determinate ('Gnome'; 'Braxton')   2 = Semi-Determinate ('Will')
      3 = Indeterminate ('Nebsoy'; 'Improved Pelican')

★ **18. MATURITY GROUP:**

[0][6]   1 = 000   2 = 00   3 = 0   4 = I   5 = II   6 = III   7 = IV   8 = V
         9 = VI   10 = VII   11 = VIII   12 = IX   13 = X

★ **19. DISEASE REACTION: (Enter 0 = Not Tested; 1 = Susceptible; 2 = Resistant)**

BACTERIAL DISEASES:

★ [0]   Bacterial Pustule *(Xanthomonas phaseoli var. sojensis)*

★ [1]   Bacterial Blight *(Pseudomonas glycinea)*

★ [0]   Wildfire *(Pseudomonas tabaci)*

FUNGAL DISEASES:

★ [1]   Brown Spot *(Septoria glycines)*

       Frogeye Leaf Spot *(Cercospora sojina)*

★ [0] Race 1   [0] Race 2   [0] Race 3   [ ] Race 4   [0] Race 5   [ ] Other (Specify)

[0]   Target Spot *(Corynespora cassiicola)*

[0]   Downy Mildew *(Peronospora trifoliorum var. manshurica)*

[0]   Powdery Mildew *(Microsphaera diffusa)*

★ [0]   Brown Stem Rot *(Cephalosporium gregatum)*

[0]   Stem Canker *(Diaporthe phaseolorum var. caulivora)*

5

9800072

Variety Name 93B82

**19. DISEASES REACTION:   (Enter 0 = Not Tested;  1 = Susceptible;  2 = Resistant)  (Continued)**

FUNGAL DISEASES: (Continued)

★ [1] Pod and Stem Blight   *(Diaporthe phaseolorum var; sojae)*

[0] Purple Seed Stain    *(Carcospora kikuchii)*

[1] Rhizoctonia Root Rot   *(Rhizoctonia solani)*

Phytophthora Rot   *(Phytophthora megasperma var. sojae)*

★ [2] Race 1   [0] Race 2   [2] Race 3   [2] Race 4   [2] Race 5   [0] Race 6   [2] Race 7

[0] Race 8   [0] Race 9   [ ] Other (Specify)

VIRAL DISEASES:

[1] Bud Blight  (Tobacco Ringspot Virus)

[1] Yellow Mosaic  (Bean Yellow Mosaic Virus)

★ [1] Cowpea Mosaic  (Cowpea Chlorotic Virus)

[1] Pod Mottle  (Bean Pod Mottle Virus)

★ [1] Seed Mottle  (Soybean Mosaic Virus)

NEMATODE DISEASES:

Soybean Cyst Nematode   *(Heterodera glycines)*

★ [0] Race 1   [0] Race 2   [1] Race 3   [0] Race 4   [0] Other (Specify)

[0] Lance Nematode *(Hoplolaimus Colombus)*

★ [0] Southern Root Knot Nematode *(Meloidogyne incognita)*

★ [0] Northern  Root Knot Nematode  *(Meloidogyne Hapla)*

[0] Peanut  Root Knot Nematode  *(Meloidogyne arenaria)*

[0] Reniform  Nematode *(Rotylenchulus reniformis)*

[ ] OTHER DISEASE NOT ON FORM  (Specify)

**20. PHYSIOLOGICAL RESPONSES:  (ENTER 0 = Not tested, 1 = Susceptible, 2 = Resistant)**

★ [0] Iron Chlorosis on Calcareols Soil

[ ] Other  (Specify)

**21. INSECT REACTION:  (ENTER 0 = Not tested, 1 = Susceptible, 2 = Resistant)**

[0] Mexican Bean Beetle  *(Epilachna Varivestis)*

[0] Potato Leaf Hopper *(Empoasca fabae)*

[0]   Other (Specify)

**22. INDICATE WHICH VARIETY MOST CLOSELY RESEMBLES THAT SUBMITTED.**

| CHARACTER | NAME OF VARIETY | CHARACTER | NAME OF VARIETY |
|---|---|---|---|
| Plant Shape | 9352 | Seed Coat Luster | 9381 |
| Leaf Shape | 9281 | Seed Size | 9352 |
| Leaf Color | 9351 | Seed shape | 9352 |
| Leaf Size | 9351 | Seedling Pigmentation | 9342 |

FORM LMGS-470-57  (6-83)

9800072

Variety Name 93B82

### 23. GIVE DATA FOR SUBMITTED AND SIMILAR STANDARD VARIETY : Paired Comparison Data

| VARIETY | NO. OF DAYS MATURITY | PLANT LODGING SCORE | CM PLANT HEIGHT | LEAFLET SIZE | | SEED CONTENT | | SEED SIZE G/100 SEED | NO. SEEDS POD |
|---|---|---|---|---|---|---|---|---|---|
| | | | | CM Width | CM Length | % Protein | % Oil | | |
| Submitted 93B82 | 132.6 | 1.9 | 94.0 | | | 43.3 | 22.1 | 16 | 3 |
| Name of Similar Variety 9393 | 135.3 | 1.8 | 97.8 | | | 42.9 | 21.7 | 17 | 3 |

**PUBLICATIONS USEFUL AS REFERENCE AIDS FOR COMPLETING THIS FORM:**

1. Caldwell, B.E., ed. 1973. Soybeans: Improvement, Production, and Uses. Amer. Soc. Agron. Monograph No. 16.

2. Buttery, B.R. and R.I. Buzzell. 1968. Peroxidase activity in seeds of soybean varieties. Crop Sci., 8: 722-725.

3. Hymowitz, T. 1973. Electrophoretic analysis of SBTI-A2 in the USDA soybean germplasm collection. Crop. Sci., 13: 420-421

4. Payne, R.C. and L.F. Morris. 1976. Differentiation of soybean cultivars by seedling pigmentation patterns. J. Seed Technol. 1:1-19

7

9609072

**Exhibit D.** Additional Description of the Variety

Soybean Variety 93B82

In Exhibit C we have identified variety 93B82 as susceptible to bacterial blight, brown spot, pod and stem blight, rhizoctonia root rot, bud blight, yellow mosaic, cowpea mosaic, pod mottle and seed mottle.

This does not mean that variety 93B82 is any worse for these problems than other varieties of similar maturity. Rather, we do not consider 93B82 to be immune to these problems. Therefore, we have chosen to be conservative and have identified the line as "susceptible".

8

REPRODUCE LOCALLY.  *Include form number and date on all reproductions.*                    FORM APPROVED - OMB NO. 0581-0055

| U.S. DEPARTMENT OF AGRICULTURE AGRICULTURAL MARKETING SERVICE | *The following statements are made in accordance with the Privacy Act of 1974 (5 U.S.C. 552a) and the Paperwork Reduction Act (PRA) of 1995.* |
|---|---|
| **EXHIBIT E** **STATEMENT OF THE BASIS OF OWNERSHIP** | *Application is required in order to determine if a plant variety protection certificate is to be issued (7 U.S.C. 2421).  Information is held confidential until certificate is issued (7 U.S.C. 2426).* |

| 1. Name Of Applicant(s) | 2. Temporary Designation Or Experimental Number | 3. Variety Name |
|---|---|---|
| Pioneer Hi-Bred International, Inc. | | 93B82 |

| 4. Address  *(Street and No., or R.F.D. No., City, State, and ZIP Code, and Country)* | 5. Telephone  *(include area code)* | 6. Fax  *(include area code)* |
|---|---|---|
| 7100 NW 62nd Ave P.O. Box 1000 Johnston, Iowa 50131-1000 | 515-270-3582 | 515-253-2288 |
| | 7. PVPO Number 9800072 | |

**8. Does the applicant own all rights to the variety?  Mark an "X" in appropriate block.  If no, Please explain.**   ☒ YES   ☐ NO

_____
_____
_____
_____

**9. Is the applicant (individual or company) a U.S. national or U.S. based company?**   ☒ YES   ☐ NO
If no, give name of country _____

**10. Is the applicant the original owner?**   ☒ YES   ☐ NO   *If no, please answer the following:*

   a. If original rights to variety were owned by individual(s), is (are) the original owner(s) a U.S. national(s)?
   ☐ YES   ☐ NO   If no, give name of country _____

   b. If original rights to variety were owned by a company, is the original owner(s) a U.S. based company?
   ☐ YES   ☐ NO   If no, give name of country _____

**11. Additional explanation on ownership**    *(if needed, use reverse for extra space):* _____

_____

**PLEASE NOTE:**

**Plant variety protection can be afforded only to owners (not licensees) who meet one of the following criteria:**

1. **If the rights to the variety are owned by the original breeder, that person must be a U.S. national, national of a UPOV member country, or national of a country which affords similar protection to nationals of the U.S. for the same genus and species.**

2. **If the rights to the variety are owned by the company which employed the original breeder(s), the company must be U.S. based, owned by nationals of a UPOV member country, or owned by nationals of a country which affords similar protection to nationals of the U.S. for the same genus and species.**

3. **If the applicant is an owner who is not the original owner, both the original owner and the applicant must meet one of the above criteria.**

**The original breeder/owner may be the individual or company who directed final breeding.  See Section 41(a)(2) of the Plant Variety Protection Act for definition.**

*According to the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.  The valid OMB control number for this information collection is 0581-0055.  The time required to complete this information collection is estimated to average 10 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.*

*The U.S. Department of Agriculture (USDA) prohibits discrimination in its programs on the basis of race, color, national origin, sex, religion, age, disability, political beliefs, and marital or familial status.  (Not all prohibited bases apply to all programs.)  Persons with disabilities who require alternative means for communication of program information (braille, large print, audiotape, etc.) should contact the USDA Office of Communications at (202) 720-5881 (voice) or (202) 720-7808 (TDD).*
*To file a complaint, write the Secretary of Agriculture, U.S. Department of Agriculture, Washington, D.C. 20250, or call 1-800-245-6340 (voice) or (202) 720-1127 (TDD).  USDA is an equal employment opportunity employer.*

SD-470-E     (02-97)     *(Destroy previous editions)*

*9*

# EXHIBIT C





## PIONEER.
A DuPont Company

DuPont Agriculture & Nutrition
Pioneer and Crop Protection
Sales & Marketing
7100 N.W. 62nd Ave.
P.O. Box 1150
Johnston, IA 50131-1150
(515) 334 6500 Tel

January 20, 2005

Camp Point Seed Company
Attn: Kent Flessner
101 East Jefferson Street
Camp Point, IL 62320
217-593-7333

Dear Mr. Flessner,

We understand that you are presently operating a soybean cleaning business that may include allowing, and in some cases, enticing, growers to use bin run seed.

This letter will serve as notice to you that most of our soybean varieties are covered by U.S. patents, including our non-GMO varieties. In addition, all Pioneer® seed products are accompanied by restrictive licenses which are found on the bag and tag. This bag and tag language sets forth use restrictions that prohibit the use of the variety for seed production. Soybean varieties protected by patent or purchased with use restrictions/limited licenses may not be used for seed production (bin-run). These restrictions apply not only to the grower of the seed, but also those that might assist or make possible the prohibited activity such as seed cleaners and conditioners.

Without limitation, I have enclosed a list of our patented soybean varieties. Please note that patents on many other soybean varieties are pending and likely to issue in the near future and we recommend that you review the bag and tag restrictions before undertaking any activity to clean or condition seed grown from any Pioneer® products.

If you have any questions concerning your legal rights and responsibilities in this matter, we strongly encourage you to contact independent legal counsel. If you have other variety information questions, you can consult our website at www.pioneer.com.

Sincerely,

John Pieper
Pioneer Sales Director

Enclosure







# Advantages of Planting Patented Soybean Varieties

## Facts about patented varieties

**FACT #1:** Varieties that contain a patented *trait* — such as the Roundup Ready[1] trait — are protected by a patent. This includes Pioneer® brand soybean varieties with the Roundup Ready gene.

**FACT #2:** Many Pioneer® brand soybean varieties also carry a patent to protect their proprietary *germplasm* (i.e. genetic makeup). This includes both <u>conventional (non-Roundup Ready) Pioneer varieties</u> as well as <u>Pioneer varieties with the Roundup Ready gene.</u>

**FACT #3:** Growers who purchase patented varieties are permitted to raise the crop to produce oilseeds or grain or forage for feeding or processing only... and <u>cannot</u> legally save the seed from the crop to plant the following season.

## Pioneer germplasm as well as special traits protected by patents

■ The unique, proprietary genetics that make up our Pioneer® brand seed products are valuable assets of the company. Patents and plant variety protection laws are tools we use to protect our germplasm and research knowledge in order to bring new and improved products to the marketplace that provide value to growers. For example, each "new generation" Pioneer soybean variety we introduce contains a genetic package that takes an average of seven years and nearly a million dollars to develop.

■ Growers have also been realizing the improvements patented traits and technologies have brought to their fields in recent years, such as seed containing the popular YieldGard[2] Corn Borer and Herculex[3] I traits that provide corn borer protection in Pioneer hybrids.



## Many advantages to planting patent-protected seed

■ Growers who plant patented soybean seed experience numerous benefits.

■ Assurance of superior-performing varieties — with the latest genetics, traits and technologies.

■ Elite trait packages — such as varieties that contain genes resistant to soybean cyst nematode (SCN), Phytophthora root rot, sudden death syndrome and brown stem rot.

■ Varietal purity — uniform and consistent plants throughout your field.

■ Quality, professionally grown seed — it has passed rigorous germination, early growth and numerous other field and laboratory tests and inspections.

■ Agronomic and product information and service, research and technical data, financing options and other support — from Pioneer and your local Pioneer sales professional.

■ Satisfaction that you're investing in your continued success by planting the most advanced seed available... and supporting the pipeline of new product offerings for the future.



## U.S. patent protection guidelines

- U.S. patents filed after June 7, 1995 have a term of 20 years.

- When a customer purchases a Pioneer soybean variety, parental line or trait having the protection of an issued patent, the purchaser is granted a license to ONLY PRODUCE OILSEEDS OR GRAIN OR FORAGE FOR FEEDING OR PROCESSING. The patent prohibits any unauthorized making, selling or using of the patented variety. NO SEED CAN BE SAVED from this commercial crop and used for planting purposes. Persons willfully infringing this patent protection are subject to multiple damages and costs.

- If the purchaser has an elevator or conditioner clean or store the grain from a patented variety, and that grain is knowingly cleaned or stored for sales as seed for future planting...THE ELEVATOR OR CONDITIONER IS ALSO LIABLE AND SUBJECT TO DAMAGES AND COSTS.

## List of patented Pioneer® brand soybean varieties for 2005*

- All but a handful of Pioneer varieties available for sale in 2005 are protected by an issued patent or have a patent pending.

- Patented varieties that do not contain the Roundup Ready gene include: 90A07, 90B43, 91M10, 91B42, 92M10, 92B12, 92M72, 93B15, 93M40, 93B82, 93B86, 93B87, 94B53, 9594.

- Patented varieties that contain the Roundup Ready gene include: 90M01, 90B11, 90M20, 90M40, 90B51, 90M60, 90M61, 90B73, 90B74, 90M90, 90M91, 91B03, 91B12, 91M11, 91M12, 91M13, 91B33, 91M40, 91B52, 91M50, 91M51, 91B64, 91M60, 91B91, 91M70, 92B05, 91M90, 91M91, 92M00, 92M01, 92B13, 92B38, 92M30, 92M32, 92M40, 92M50, 92M61, 92B74, 92M70, 92M71, 92M80, 92M91, 92M92, 93B09, 93M01, 93M10, 93M11, 93M12, 93M20, 93B36, 93M30, 93B47, 93M41, 93M42, 93B67, 93M50, 93M51, 93B68, 93M60, 93B85, 93M80, 93M90, 93M91, 93M92, 93M93, 93M94, 94B13, 94M30, 94M40, 94M41, 94B54, 94M50, 94B73, 94M70, 94M80, 9492, 94M90, 95B32, 95M30, 95B42, 95B43, 95B53, 95M50, 95M80, 95M81, 95B96, 96M20, 96M60, 97B52.

* Issued or appended as of 4/3/05

---

*Obeying seed protection laws are your best assurance that the pipeline of improved varieties and technologies that bring value to your operation will continue. Thank you for your cooperation. We appreciate your business!*

  

[1] Registered trademark used under license from Monsanto Company.

[2] YieldGard and the YieldGard Corn Borer design are trademarks used under license from Monsanto Company.

[3] Herculex I insect protection by Dow AgroSciences and Pioneer Hi-Bred. Herculex is a trademark of Dow AgroSciences LLC.



**PIONEER HI-BRED INTERNATIONAL, INC.**

PIONEER® brand products are provided subject to the terms and conditions of purchase which are part of the labeling and purchase documents. ®, ™, ℠ Trademarks and service marks of Pioneer Hi-Bred International, Inc. ©2005 PHII.

SL000281

# EXHIBIT D

THE CAMP POINT SEED COMPANY WARRANTS TO THE EXTENT OF THE PURCHASE PRICE THAT SEEDS SOLD ARE AS DESCRIBED ON THE CONTAINER WITHIN RECOGNIZED TOLERANCES. SELLER GIVES NO FURTHER WARRANTY, EXPRESS OR IMPLIED.

# CAMP POINT SEED CO.

### CAMP POINT, IL 62320
### (217) 593-SEED (7333)

Terms: Pay in 15 days 2% discount and 2% interest will be charged on all past due Accounts every month afterwards plus 50% for collection fees. No shipments without deposit.

| Ref. # | Sold by | X | C.O.D. | Charge | Credit | On Acct. | Mdse. Rec. | Chg. & Ret. Out | Others |
|---|---|---|---|---|---|---|---|---|---|

Special Instructions: *Chg acct # 16322*

| Sales Order | Ph #: 618-883-2589 | Date |
| **6937** | Name: Kenneth Knoble |
| | Address: |

| Rebilled Y / N | City | State | Zip |

| Qty | Description | Unit Price | Amount |
|---|---|---|---|
| 206 | Bags VNS Soybeans (1263 P) | 9.50 | 1957 00 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Received in good order as per item listed above:

X

| Tax | |
| Total | |