E-FILED
Thursday, 20 October, 2005 11:22:57 AM
Clerk, U.S. District Court, ILCD

E-FILED
Friday, 07 October, 2005 04:48:49 PM
Clerk, U.S. District Court, ILCD

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Central__ District of __Illinois__

PIONEER HI-BRED INTERNATIONAL, INC., an Iowa Corporation

V.

KENT P. FLESNER and JULIE A. FLESNER d/b/a CAMP POINT SEED COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 05-3258

TO: (Name and address of Defendant)

Julie A. Flesner
2425 East 2100th Street
Camp Point, IL 62320

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

John P. Mandler
FAEGRE & BENSON LLP
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-1600

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

s/John M. Waters                               October 7, 2005
CLERK                                          DATE

s/Marleen Cooke
(By) DEPUTY CLERK

10-14-05

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me(1) | DATE 10-14-05 |
| NAME OF SERVER (PRINT) Rocky L. Altgilbers | TITLE Deputy |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Julie Fleener at Camp Point Seed CO, 101 E. Jefferson Camp Point Ill.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL $25.00 | SERVICES $30.00 | TOTAL $55.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  10-14-05
Date

Signature of Server: Rocky L. Altgilbers

Address of Server: 521 Vermont Clay, Ill.

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.