UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PIONEER HI-BRED INTERNATIONAL INC., | : | Case No.  05-3258 |
| Plaintiff, | : | |
| v. | : | |
| KENT P. AND JULIE A. FLESNER d/b/a CAMP POINT SEED CO., | : | ANSWER AND JURY DEMAND |
| | : | |
| Defendants. | | |

Defendants Kent P. and Julie A. Flesner d/b/a Camp Point Seed Co. answer Plaintiff's Complaint as follows:

1. The allegations of paragraph 1 are admitted.

2. Answering paragraph 2 of the Complaint, Defendants admit that they are residents

and citizens of the state of Illinois and otherwise deny the allegations of that paragraph.

3. The allegations of paragraph 3 are denied.

4. The allegations of paragraph 4 are denied.

5. The allegations of paragraph 5 are denied.

6. The allegations of paragraph 6 are denied.

7. The allegations of paragraph 7 are denied for lack of information.

8. The allegations of paragraph 8 are denied for lack of information.

9. Answering the allegations of paragraph 9 of the Complaint, Defendants deny for

lack of information whether Pioneer received reports in or about late 2004 and otherwise deny the allegations of that paragraph.

10. Answering the allegations of paragraph 10 of the Complaint, Defendants deny for lack of information whether Pioneer investigated any reports, admit that the letter attached as Exhibit C to the Complaint was sent by certified mail and otherwise deny the allegations of that paragraph.

11. Answering the allegations of paragraph 11, Defendants deny for lack of information whether Pioneer hired a private investigator for the purposes described and whether the investigator obtained assistance from a farmer. Otherwise, the allegations of that paragraph are denied.

12. Answering the allegations of paragraph 12 of the Complaint, Defendants state that they are unable to admit or deny whether a true and correct copy of a receipt is attached to the Complaint because the copy attached to the Complaint served upon them is not legible. Otherwise, the allegations of that paragraph are denied.

13. The allegations of paragraph 13 are denied for lack of information.

14. Answering the allegations of paragraph 14, Defendants deny that they made representations as alleged in the last sentence of that paragraph and otherwise deny the allegations of that paragraph for lack of information.

15. Answering the allegations of paragraph 15, Defendants reallege and incorporate by reference their answers to paragraphs 1-14 above.

16. The allegations of paragraph 16 are denied.

17. The allegations of paragraph 17 are denied.

18. The allegations of paragraph 18 are denied for lack of information.

19. The allegations of paragraph 19 are denied.

20. The allegations of paragraph 20 are denied.

21. The allegations of paragraph 21 are denied.

22. The allegations of paragraph 22 are denied.

23. Answering the allegations of paragraph 23, Defendants reallege and incorporate by reference their answers to paragraphs 1-22 above.

24. The allegations of paragraph 24 are denied.

25. The allegations of paragraph 25 are denied.

26. The allegations of paragraph 26 are denied for lack of information.

27. The allegations of paragraph 27 are denied.

28. The allegations of paragraph 28 are denied.

29. The allegations of paragraph 29 are denied.

30. The allegations of paragraph 30 are denied.

31. The allegations of paragraph 31 are denied.

**FIRST AFFIRMATIVE DEFENSE**

32. This Court lacks jurisdiction over the subject matter of this action.

**SECOND AFFIRMATIVE DEFENSE**

33. The Complaint fails to state a claim upon which relief can be granted.

**THIRD AFFIRMATIVE DEFENSE**

34. Plaintiff's claims are barred on grounds of estoppel.

## FOURTH AFFIRMATIVE DEFENSE

35. The dishonest, fraudulent and inequitable conduct of the Plaintiff and its agents bars any relief in this matter.

## FIFTH AFFIRMATIVE DEFENSE

36. Plaintiff's claims are barred by laches.

## SIXTH AFFIRMATIVE DEFENSE

37. Plaintiff has failed to mitigate its damages.

WHEREFORE, Defendants pray for dismissal of each and all of Plaintiff's claims at Plaintiff's cost.

## JURY DEMAND

Defendants demand a trial by jury of all issues triable to a jury in this case.

        s/Susan Brandt
        Bar Number:  0279595
        Attorney for Brandy Webber
            Plaintiff
        Livingston, Barger, Brandt & Schroeder
        115 W. Jefferson St., Suite 400
        Bloomington, IL  61701
        Telephone: 309/828-5281
        Fax:  309/827-3432
        Email:  sbrandt@lbbs.com

        ATTORNEY FOR DEFENDANTS

Copy to:

John P. Mandler
2200 Wells Fargo Center
90 South Seventh St.

Minneapolis, MN  55402-3901

Jerrold Stocks
225 N. Water St., Ste. 200
P.O. Box 1760
Decatur, IL  62525

Kimberly J. Walker
Ross W. Johnson
801 Grand Avenue, Suite 3100
Des Moines, IA  50309-8002

**PROOF OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on November 1, 2005, via electronic mail.
/s/ William W. Graham