UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC. | ) )  ) |
| Plaintiff, | ) ) |
| vs. | ) No.  05-3258 ) |
| KENT P. and JULIE A. FLESNER d/b/a CAMP POINT SEED CO., | ) ) ) |
| Defendants. | |

### MOTION TO ADMIT PRO HAC VICE

NOW COME KENT P. and JULIE A. FLESNER d/b/a CAMP POINT SEED CO., by their attorneys, Livingston, Barger, Brandt & Schroeder, and moves this Court to admit William W. Graham, Pro Hac Vice, and in support thereof states as follows:

1.  William W. Graham is an attorney with The Graham Law Firm, 630 Equitable Building, 604 Locust Street, Des Moines, Iowa, 50309-3719, telephone number (515) 282-0230.

2.  William W. Graham was admitted to the Iowa Bar in 1977, admitted to Federal Practice in Iowa in 1977 and received his juris doctor degree from Boston College in 1977.

3. William W. Graham has served as counsel for the Defendant of the litigation and is knowledgeable about the issues relevant to such litigation based on his personal experience.

KENT P. AND JULIE A. FLESNER
d/b/a CAMP POINT SEED CO.

s/Susan Brandt
Bar Number:  0279595
Attorney for Kent P. and Julie A. Flesner

LIVINGSTON
BARGER
BRANDT
&
SCHROEDER
---------
SUITE 400
115 W. JEFFERSON STREET
BLOOMINGTON, ILLINOIS 61701
(309) 828-5281
FAX (309) 827-3432

1

d/b/a Camp Point Seed Co., Defendant
Livingston, Barger, Brandt & Schroeder
115 W. Jefferson St., Suite 400
Bloomington, IL  61701
Telephone: 309/828-5281
Fax:  309/827-3432
Email:  sbrandt@lbbs.com

LIVINGSTON
BARGER
BRANDT
&
SCHROEDER
---------
SUITE 400
115 W. JEFFERSON STREET
BLOOMINGTON, ILLINOIS 61701
(309) 828-5281
FAX (309) 827-3432

2