UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENT P. AND JULIE A. FLESNER d/b/a CAMP POINT SEED CO., <br><br> Defendants. | Case No.: 3:05-cv-03258-JES-CHE |

**JOINT PROPOSED DISCOVERY PLAN**

COME NOW Plaintiff Pioneer Hi-Bred International, Inc. ("Plaintiff") and Defendants Kent P. and Julie A. Flesner d/b/a Camp Point Seed Co. ("Defendants"), pursuant to the Court's Text Order dated November 4, 2005, and hereby submit their Joint Proposed Discovery Plan, in advance of the Status/Scheduling Conference set for November 29, 2006:

1. Initial disclosures under Rule 26 to be made by December 30, 2005.

2. No motions to join other parties or to amend the pleadings to be filed after February 15, 2006.

3. Plaintiff shall identify testifying experts and provide Rule 26 expert reports by March 3, 2006.

4. Defendants shall identify testifying experts and provide Rule 26 expert reports by April 3, 2006.

5. Plaintiff shall identify testifying rebuttal experts and provide Rule 26 rebuttal expert reports by May 3, 2006.

6. The parties shall have until <u>May 19, 2006</u>, to complete all discovery. All written discovery shall be served by a date that allows the served party the full 30 days provided by the Federal Rules of Civil Procedure in which to comply.

7. The parties shall have until <u>June 16, 2006</u>, to file dispositive motions.

8. The parties shall be trial ready on or about <u>October 16, 2006</u>.

WHEREFORE, Plaintiff and Defendants respectfully request that the Court enter an Order adopting the deadlines set forth herein and setting a trial date in or about October 2006.

Dated: <u>November 23, 2005</u>

<u>/s/ John Mandler</u>
John P. Mandler, *Lead Counsel*
Bar #194438, Minnesota
(Admitted to this Court)
    E-mail: *jmandler@faegre.com*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

-and-

Jerrold Stocks
WINTERS, FEATHERSTUN, GAUMER,
  POSTLEWAIT, STOCKS & FLYNN
225 N. Water Street, Suite 200
P.O. Box 1760
Decatur, Illinois 62525
Telephone: (217) 429-4453
Facsimile: (217) 425-8892

Of counsel:

Ross W. Johnson
   E-mail: *rwjohnson@faegre.com*
Jacob Bylund
   E-mail: *jbylund@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

**ATTORNEYS FOR PLAINTIFF,
PIONEER HI-BRED INTERNATIONAL,
INC.**

Dated: <u>November 23, 2005</u>

      <u>/s/ Susan Brandt (with consent)</u>
Susan Brandt, *Lead Counsel*
  Email: sbrandt@lbbs.com
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457
Telephone: (309) 828-5281
Facsimile: (309) 827-3432

Of Counsel:

William Graham
  E-mail: *wwg@grahamlawiowa.com*
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust St.
Des Moines, IA 50309
Telephone: (515) 282-0230
Facsimile: (515) 282-4235

**ATTORNEYS FOR DEFENDANTS KENT AND JULIE FLESNER**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that on November 23, 2005, this Joint Proposed Discovery Plan was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

                              <u>/s/ John Mandler</u>

Susan Brandt
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457

The undersigned hereby certifies that a true copy of this Joint Proposed Discovery Plan was served upon one of the attorneys of record for each party to the above entitled cause by enclosing the same in an envelope addressed to each such attorney at his/her last known address as shown below, with postage fully paid, and by depositing said envelope in a United States Post Office depository on the 23rd day of November, 2005.

/s/ John Mandler

William Graham
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust St.
Des Moines, IA 50309

DSMS1:40060785.01