**E-FILED**
Tuesday, 06 December, 2005  01:21:40 PM
Clerk, U.S. District Court, ILCD

✎AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

Central _____ DISTRICT OF _____ Illinois

Pioneer Hi-Bred International, Inc.

**APPEARANCE**

v.

Kent P. and Julie A. Flesner d/b/a Camp
Point Seed Co.,

Case Number:  3:05-cv-03258-JES-CHE

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff Pioneer Hi-Bred International, Inc.

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/5/2005 | |
| Date | Signature |
| | Ross W. Johnson |
| | Print Name                                    Bar Number |
| | 801 Grand Ave., Suite 3100 |
| | Address |
| | Des Moines            IA            50309 |
| | City            State            Zip Code |
| | (515) 248-9000            (515) 248-9010 |
| | Phone Number                                    Fax Number |