E-FILED
Tuesday, 28 February, 2006 08:52:39 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENT P. AND JULIE A. FLESNER, d/b/a CAMP POINT SEED CO., <br><br> Defendants. | Case No. 3:05-cv-03258-JES-CHE <br><br><br> **JOINT MOTION FOR EXTENSION OF THE DISCLOSURE DEADLINE REGARDING EXPERTS ON DAMAGES** |

COME NOW Plaintiff Pioneer Hi-Bred International, Inc. ("Pioneer"), and Defendants Kent P. and Julie A. Flesner, d/b/a Camp Point Seed Co. (collectively "Camp Point"), through their undersigned attorneys, and jointly move for a thirty (30) day extension of the parties' deadlines for disclosing experts on damages:

1. This matter concerns claims by Pioneer that Camp Point violated Pioneer's intellectual property rights in Pioneer soybean seed variety 93B82 by offering to sell and/or selling protected Pioneer soybean seed. See *Complaint*.

2. Pursuant to the Court's Scheduling Order, the current deadline for Pioneer to identify its experts and provide their reports is March 3, 2006. See *Scheduling Order*, dated November 29, 2005.

3. Pursuant to the Court's Scheduling Order, the current deadline for Camp Point to identify their experts and provide their reports is April 3, 2006. See *id.*

4. Pioneer is prepared to and plans to disclose experts on issues other than damages by the current expert disclosure deadline of March 3, 2006.

5. Pioneer believes that it is unable to disclose experts on issues relating to its damages based on a discovery dispute between the parties.

6. The parties have conferred concerning the above-mentioned discovery dispute, and they are attempting to resolve the dispute without involving the Court.

7. The parties believe that if the Court extends the deadlines for the disclosure of experts on damages issues by thirty days, a request to continue other deadlines and/or the trial date may be avoided.

8. Accordingly, both parties agree and request that their deadlines to disclose expert witnesses regarding damages should be continued for a period of thirty (30) days – moving Pioneer's deadline to April 3, 2006 and moving Camp Point's deadline to May 3, 2006.

9. If the parties are unable to resolve the discovery dispute and believe they cannot disclose damages experts by these extended deadlines, they will seek further relief from this Court.

WHEREFORE, Pioneer and Camp Point respectfully request that their deadlines to disclose expert witnesses regarding damages be continued for a period of thirty (30) days – moving Pioneer's deadline to April 3, 2006 and moving Camp Point's deadline to May 3, 2006.

Dated: <u>February 28, 2006</u>

<u>/s/ Ross W. Johnson</u>

John P. Mandler, *Lead Counsel*
Bar #194438, Minnesota
(Admitted to this Court)
  E-mail: *jmandler@faegre.com*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:   (612) 766-7000
Facsimile:   (612) 766-1600

Ross W. Johnson
  E-mail: *rwjohnson@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone:   (515) 248-9000
Facsimile:   (515) 248-9010

-and-

Jerrold Stocks
  E-mail: *jstocks@family-net.net*
WINTERS, FEATHERSTUN, GAUMER,
  POSTLEWAIT, STOCKS & FLYNN
225 N. Water Street, Suite 200
P.O. Box 1760
Decatur, IL  62525
Telephone:   (217) 429-4453
Facsimile:   (217) 425-8892

**ATTORNEYS FOR PLAINTIFF,
PIONEER HI-BRED INTERNATIONAL,
INC.**

Dated: February 28, 2006   /s/ William W. Graham (with consent)

William W. Graham
   E-mail: *wwg@grahamlawiowa.com*
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust Street
Des Moines, IA  50309

-and-

Susan Brandt
   E-mail: *sbrandt@lbbs.com*
LIVINGSTON BARGER BRANDT &
SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457


**ATTORNEYS FOR DEFENDANTS,
KENT P. AND JULIE A. FLESNER,
D/B/A CAMP POINT SEED CO.**

# **PROOF OF SERVICE**

      The undersigned hereby certifies that on February 28, 2006, this Joint Motion to Continue was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

William W. Graham
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust St.
Des Moines, IA 50309

-and-

Susan Brandt
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457
**Attorneys for Defendants**

Dated: February 28, 2006

/s/ Ross W. Johnson

Ross W. Johnson
  E-mail: *rwjohnson@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone:   (515) 248-9000
Facsimile:   (515) 248-9010

DSMS1:40062080.01