UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENT P. AND JULIE A. FLESNER, d/b/a CAMP POINT SEED CO., <br><br> Defendants. | Case No. 3:05-cv-03258-JES-CHE <br><br><br> **JOINT MOTION FOR THE EXTENSION OF THE DEADLINES FOR COMPLETION OF DISCOVERY AND DISPOSITIVE MOTIONS AND TO CONTINUE THE PRE-TRIAL CONFERENCE AND THE TRIAL** |

COME NOW Plaintiff Pioneer Hi-Bred International, Inc. ("Pioneer") and Defendants Kent P. and Julie A. Flesner, d/b/a Camp Point Seed Co. (collectively "Camp Point"), pursuant to Local Rule 6.1, and jointly move to extend certain deadlines set forth in this Court's Scheduling Order of November 29, 2005 (the "Scheduling Order") and to continue the pre-trial conference and the trial.

1.    Pioneer and Camp Point respectfully request that the Court grant a three-month extension of certain deadlines set forth in the Court's Scheduling Order and continue the pre-trial conference and trial, as follows:

    a)    Extend the deadline for the completion of discovery from May 19, 2006 to August 18, 2006;

    b)    Extend the Dispositive Motion deadline from June 16, 2006 to September 18, 2006;

  c)  Continue the Final Pretrial Conference from November 3, 2006 to the first date available on the Court's calendar that is after February 5, 2007; and

  b)  Continue the trial to begin on November 6, 2005 to the first date available on the Court's calendar that is after February 12, 2007.

2. The parties make the foregoing request because additional time is needed in order to complete discovery in this case.

3. Pioneer served Camp Point with its First Request for Production of Documents on January 3, 2006 and a discovery dispute ensued.

4. The parties' attempts to resolve their discovery dispute were initially unsuccessful.

5. In an effort to resolve their dispute, without intervention of the Court, on April 20, 2006, Pioneer took the Rule 30 (b) (6) deposition of Camp Point's records custodian.

6. Prior to, during, and following this deposition, Camp Point agreed to produce additional documents, including electronic information, to Pioneer.

7. At this time, Camp Point has not produced any additional documents to Pioneer, though the parties have made arrangements for the procurement of Camp Point's electronic information and set informal deadlines for the production of additional non-electronic documents.

8. Because the parties are still in the process of exchanging documents and gathering evidence to support/negate the claims in this case, neither party has conducted substantive depositions, nor have the parties engaged in third-party discovery.

9. This is the *first request* to continue these deadlines.

10. Aside from the deadlines the parties seek to have extended by this Motion, there are no other existing Court-imposed deadlines.

11. No party will be prejudiced by the extension of the aforementioned deadlines and trial date.

12. The parties believe their discovery dispute related to the production of documents is resolved but in the event issues remain, the parties reserve the right to seek an additional extension.

WHEREFORE, Pioneer and Camp Point respectfully request that the Court extend the deadlines and continue the pre-trial conference and trial as requested herein.

Dated: May 10, 2006

/s/ Ross W. Johnson
Ross W. Johnson
   E-mail: *rwjohnson@faegre.com*
Jacob D. Bylund
   E-mail: *jbylund@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone:   (515) 248-9000
Facsimile:   (515) 248-9010

John P. Mandler, *Lead Counsel*
  E-mail: *jmandler@faegre.com*
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone:  (612) 766-7000
Facsimile:  (612) 766-1600

-and-

Jerrold Stocks
  E-mail: *jstocks@family-net.net*
WINTERS, FEATHERSTUN, GAUMER,
  POSTLEWAIT, STOCKS & FLYNN
225 N. Water Street, Suite 200
P.O. Box 1760
Decatur, IL  62525
Telephone:  (217) 429-4453
Facsimile:  (217) 425-8892

**ATTORNEYS FOR PLAINTIFF, PIONEER HI-BRED INTERNATIONAL, INC.**

Dated: May 10, 2006

/s/ William W. Graham (with consent)
William W. Graham
  E-mail: *wwg@grahamlawiowa.com*
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust Street
Des Moines, IA  50309

-and-

Susan Brandt
  E-mail: *sbrandt@lbbs.com*
LIVINGSTON BARGER BRANDT &
SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457


**ATTORNEYS FOR DEFENDANTS,
KENT P. AND JULIE A. FLESNER,
D/B/A CAMP POINT SEED CO.**

## PROOF OF SERVICE

The undersigned hereby certifies that on May 10, 2006, this Joint Motion for the Extension of the Deadlines for Completion of Discovery and Dispositive Motions and to Continue the Pre-Trial Conference and the Trial was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

William W. Graham
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust St.
Des Moines, IA 50309

-and-

Susan Brandt
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457
**Attorneys for Defendants**

Dated: May 10, 2006

/s/ Ross W. Johnson

Ross W. Johnson
  E-mail: *rwjohnson@faegre.com*
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone:   (515) 248-9000
Facsimile:   (515) 248-9010

DSMS1:40063289.01