**E-FILED**
Tuesday, 23 May, 2006  09:13:47 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## SPRINGFIELD DIVISION

| | | |
|---|---|---|
| PIONEER HI-BRED INTERNATIONAL INC., | : | Case No. 05-3258 |
| Plaintiff, | : | |
| v. | : | |
| KENT P. AND JULIE A. FLESNER d/b/a CAMP POINT SEED CO., | : | ENTRY OF APPEARANCE |
| | : | |
| Defendants. | | |

The undersigned hereby enters his appearance on behalf of the Defendants Kent Flesner

and Julie Flesner, d/b/a Camp Point Seed Co.

/s/ William W. Graham

Graham & Ervanian, P.C.
604 Locust Street, Suite 630
Des Moines, IA  50309-3719
Telephone:  (515) 244-9400
Facsimile:  (515) 282-4235
wwg@grahamlawiowa.com

ATTORNEYS FOR DEFENDANTS

Copy to:

John P. Mandler
2200 Wells Fargo Center
90 South Seventh St.
Minneapolis, MN  55402-3901

Jerrold Stocks
225 N. Water St., Ste. 200
P.O. Box 1760
Decatur, IL  62525

Kimberly J. Walker
Ross W. Johnson
Jacob Bylund
801 Grand Avenue, Suite 3100
Des Moines, IA  50309-8002

Susan Brandt
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Ste. 400
P.O. Box 3457
Blomington, IL  61702-3457

| **PROOF OF SERVICE** |
|---|
| The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on May 23, 2006, via electronic mail. |
| /s/ William W. Graham |