E-FILED
Wednesday, 24 May, 2006  12:32:51 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**SPRINGFIELD DIVISION**

| | |
|---|---|
| PIONEER HI-BRED INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> KENT P. AND JULIE A. FLESNER, d/b/a CAMP POINT SEED CO., <br><br> Defendants. | Case No.: 3:05-cv-03258-JES-CHE <br><br><br> **APPEARANCE** |

COMES NOW the undersigned, Jacob D. Bylund, of the law firm of Faegre & Benson LLP, and hereby enters his appearance for Plaintiffs Pioneer Hi-Bred International, Inc.

Dated: May 24, 2006

/s/ Jacob D. Bylund
Jacob D. Bylund
   E-mail: *jbylund@faegre.com*
Ross W. Johnson
   E-mail: *rwjohnson@faegre.com*
**FAEGRE & BENSON LLP**
801 Grand Avenue, Suite 3100
Des Moines, IA 50309-8002
Telephone: (515) 248-9000
Facsimile: (515) 248-9010

John P. Mandler, *Lead Counsel*
Bar #194438, Minnesota
(Admitted to this Court)
   E-mail: *jmandler@faegre.com*
**FAEGRE & BENSON LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600

-and-

Jerrold Stocks
  E-mail: *jstocks@family-net.net*
**WINTERS, FEATHERSTUN, GAUMER, POSTLEWAIT, STOCKS & FLYNN**
225 N. Water Street, Suite 200
P.O. Box 1760
Decatur, Illinois 62525
Telephone:  (217) 429-4453
Facsimile:  (217) 425-8892

**ATTORNEYS FOR PLAINTIFF, PIONEER HI-BRED INTERNATIONAL, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2006, this Appearance was filed electronically with the Clerk of Court of the U.S. District Court, Central District of Illinois, Springfield Division, to be served by operation of the Court's electronic filing system upon the following:

/s/ Jacob D. Bylund
FAEGRE & BENSON LLP
801 Grand Avenue, Suite 3100
Des Moines, Iowa  50309-8002
Telephone:    (515) 248-9000
Facsimile:    (515) 248-9010

Susan Brandt
LIVINGSTON BARGER BRANDT & SCHROEDER
115 W. Jefferson St., Suite 400
P.O. Box 3457
Bloomington, IL 61702-3457

William Graham
THE GRAHAM LAW FIRM
630 Equitable Building
604 Locust St.
Des Moines, IA 50309

DSMS1:40063657.01